MCSO CR# 21-150128 / RPD CR# 21-204327

Page 1 of 2

# STATE OF NEW YORK – COUNTY OF MONROE
# CITY COURT CITY OF ROCHESTER

THE PEOPLE OF THE STATE OF NEW YORK  　　　　SUPPORTING DEPOSITION
AGAINST　　　　　　　　　　　　　　　　　　　　　　　　　GENERAL

**DEFENDANT**

**I, Christian DeVinney**

BY THIS SUPPORTING DEPOSITION MAKE THE FOLLOWING ALLEGATION OF FACT IN CONNECTION WITH AN ACCUSATORY INSTRUMENT FILED, OR ABOUT TO BE FILED, WITH THIS COURT AGAINST THE ABOVE DEFENDANT.

I, Christian DeVinney (DOB: ▇▇▇▇) am ▇ years old and am employed by the Monroe County Sheriff's Office as a Sergeant on the Road Patrol where I oversee the Sheriff's Warrant Unit. I have worked in Law Enforcement since 1998.

On 09/15/21, I was acting in my official capacity as a Deputy Sheriff. I had been working on an unrelated detail that morning when I was notified that our warrant unit was going to make an attempt to locate and arrest Dedrick James at 6 Vinewood Place in the City of Rochester. I was aware of Dedrick and the back ground of his warrant as we had collectively discussed his warrant on a prior occasion. I drove to the area of the warrant where I met up with the rest of our team. We discussed the detail of the warrant suspect and the plan to attempt to locate him at his house. Prior to moving towards the suspect's house, I made arrangements for everyone to know their roles and to ensure that someone would be in charge of the team's medical kit.

Once our plan was in place, we moved towards the house by car. The lead car turned on its emergency lights so that residents would know that we were law enforcement. Once we were stopped in front of the house, a few team members approached the house while others took various positions around the house. I took up a position around the one four corner of the house which provided me with a good view of the exterior of the house. From where I was standing, I could hear the team members at the front door engaging in a conversation with someone. The conversation sounded as if they had started addressing the suspect. I saw the guys start to run into the house and then heard someone yell runner. I started to move down the side of the house to make sure no one was trying to run out the back of the house. While I was alongside the house, I could hear commotion from inside the house.

After hearing the commotion from inside of the house, I ran back to the front side of the house and towards the front door. As I entered the house I noticed a woman in the Living room who appeared to have been picking something up off the floor. I continued down the hall way where the commotion was continuing. Once I got up to Sgt. Edwards I could see members of our team fighting with someone in the bathroom. I directed Edwards to pull his dog out of the way. Right around that time, I heard a gunshot from the bathroom. As Edwards pulled his dog down the hall I heard him say he was going to notify dispatch.

As the commotion settled down, I asked everyone in the bathroom who shot and if anyone was hurt. As the guys were standing up from the tub and checking themselves for injuries, I heard someone say that he had shot himself. Trooper Ulatowski had a small handgun in his hand that appeared to be in lockback as he walked out of the bathroom. Once Marshall Smith got up out of the Tub Deputy Wood and I handcuffed the suspect and then lifted him out of the tub and laid him on the bathroom floor.

VERIFICATION BY SUBSCRIPTION AND NOTICE
PENAL LAW SECTION 210.45

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

AFFIRMED UNDER PENALTY OF PERJURY THIS
22nd DAY OF SEPTEMBER, 2021

_____
DEPONENT

MCSO CR# 21-150128 / RPD CR# 21-204327

# STATE OF NEW YORK – COUNTY OF MONROE
# CITY COURT CITY OF ROCHESTER

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK AGAINST | SUPPORTING DEPOSITION GENERAL |

**DEFENDANT**

I, Christian DeVinney

BY THIS SUPPORTING DEPOSITION MAKE THE FOLLOWING ALLEGATION OF FACT IN CONNECTION WITH AN ACCUSATORY INSTRUMENT FILED, OR ABOUT TO BE FILED, WITH THIS COURT AGAINST THE ABOVE DEFENDANT.

After seeing all of the blood on the suspect, I began looking him over for injuries. I found a gunshot wound on his ▮▮▮. We placed a ▮▮▮ and then removed the handcuffs from behind his back in order to have better access to treating him. Deputy Connell assisted me with providing medical care. Connell placed a ▮▮▮ into the ▮▮▮ and then began ▮▮▮. At the same time, I began ▮▮▮ Connell and I continued resuscitative efforts until EMS arrived.

Once relieved by EMS, I exited the house where I checked to make sure no one else had been injured during the incident. I did not go back into the house after that point.

VERIFICATION BY SUBSCRIPTION AND NOTICE
PENAL LAW SECTION 210.45

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

AFFIRMED UNDER PENALTY OF PERJURY THIS 22nd DAY OF SEPTEMBER, 2021

DEPONENT