UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHENEA JAMES as administrator of the estate of DEDRICK JAMES, deceased, and SHENEA JAMES, individually,

                              *Plaintiff,*

v.

CITY OF ROCHESTER, et al.

                              *Defendants.*

NOTICE OF MOTION

Case # 6:23-cv-06057-DGL-MJP

---

**Motion By:** Defendant Todd Baxter

**Relief Requested:**
    A.    An order pursuant to F.R.C.P. Rule 12(b)(6), dismissing the cause(s) of action against Sheriff Todd Baxter.

    B.    Such other and further relief as this Court shall find good and proper.

**Nature of the Action:** Plaintiff brought suit against Rochester Police Officers, Sheriff Todd Baxter, a Monroe County Sheriff's Deputy, and a State Police Investigator alleging various torts relating to the death of plaintiff's decedent. The case was removed to federal court. The Court dismissed all state causes of action against defendant Baxter and one federal cause of action now remains.

**Supporting Papers:** Attorney Declaration of Robert J. Shoemaker, Esq., Memorandum of Law.

**Before:** Hon. David G. Larimer

**Date and Time:** To be determined.

**Answer to the Motion:** The Defendant hereby reserve the right to reply.

                                                        **JOHN P. BRINGEWATT**
                                                        **MONROE COUNTY ATTORNEY**
                                                        *Attorney for the Defendants*

Dated: May 11, 2023                          /s/ *Robert J. Shoemaker*

                                      **Robert J. Shoemaker, Esq. of Counsel**
                                      Deputy County Attorney
                                      307 County Office Building
                                      39 West Main Street, Rochester, New York 14614
                                      Telephone:  585.753.1472
                                      boshoemaker@monroecounty.gov

To:     Elliott D. Shields, Esq.
          Roth & Roth, LLP

          Michael S. Cerrone
          U.S. Attorney's Office, WD NY

          City of Rochester
          Office of the Corporation Counsel

          Attorney for NYSP Investigator Ulatowski

          (all by CM/ECF)