UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHENEA JAMES, as Administrator of the estate of DEDRICK JAMES, deceased, and SHENEA JAMES, Individually,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

        Defendants.

**NOTICE OF MOTION FOR RULE 56 MOTION FOR SUMMARY JUDGMENT**
**CASE NO.: 23-CV-6057 (DGL)**

---

Defendants, the City of Rochester and Rochester Police Officer RICHARD ARROWOOD moves this Court under Rule 56 for the granting of Summary Judgment. Dismissing the First Amended Complaint of the above entitled action upon the pursuant to F.R.C.P. Rule 56 for no causes of action being maintained against the Defendants and no questions of law or fact remaining on any causes of action and that defendant is entitled to judgment in their favor as a matter of law, together with such other and further relief as is proper, including but not limited to attorney's fees.

In support of this motion the Court is referred to the Declaration of John M. Campolieto, Esq., with Exhibits A-F attached, and supportive memorandum of law and statement of Undisputed Facts all submitted herewith and made part of this motion.

DATED: June 25, 2025        PATRICK BEATH, CORPORATION COUNSEL

                                                         s/John M. Campolieto
                                        BY: JOHN M. CAMPOLIETO, ESQ., of Counsel
                                        *Attorneys for Defendants and City of Rochester*
                                        City Hall Room 400A, 30 Church Street
                                        Rochester, New York 14614

(585) 428-7410

To:     All Parties (ECF)