**U.S. Department of Justice**
United States Marshals Service

**Field Report PDF | Approved by Supervisor**
Printed on: 09/23/2021

## INCIDENT FIELD REPORT

| Incident ID | Incident Type | Incident Date | Incident Time | District Of Occurrence |
|---|---|---|---|---|
| INCID-21-14716 | Use of Force | 09/15/2021 | 1035 | W/NY |

| Location Type | Location |
|---|---|
| Residence | 6 Vinewood Pl, Rochester, NY, 14608, USA |

| Reported By | Reporting District |
|---|---|
| MARSHALL, SHANE | W/NY - ROCHESTER |

## FIELD REPORT

### Use of Force

| Type | Author | Create Date and Time | Reviewer | Status | Status Date and Time |
|---|---|---|---|---|---|
| Use of Force | SHANE MARSHALL | 09/23/2021 11:33 EDT | SMITH, REBECCA | Approved by Supervisor | 09/23/2021 14:16 EDT |

**User Of Force Name**
SMITH, CARLTON

| Entry on Duty Date | Assignment at Time of Incident | Reason for Use of Force | K9 Deployment Reponse |
|---|---|---|---|
| 10/10/2002 | Fugitive Apprehension | Protect themselves or others from physical harm<br>Restrain or subdue a resistant subject<br>Make an arrest<br>Obtain lawful compliance from a subject | |

| Type | Remark | Make | Model | Serial Number |
|---|---|---|---|---|
| Personal Force (fist, elbow, feet, etc.) | | | | |

Photos exist for this incident

### Narrative

An arrest warrant was issued by the town of Marion located in Wayne County New York on August 25th, 2021 for Dedrick JAMES, charging him with assault second. The victim was his two-year-old son. The State Police Lyons office requested aid from the US Marshals. Two investigators with the NYSP are assigned to the fugitive taskforce in Rochester NY. The State Police Lyons office provided information such as JAMES'S vehicle, 2013 Dodge Dart, color white, NY tag JPE3639. This vehicle is registered to JAMES at 6 Vinewood Plc. Rochester NY, 14608.

On September 14th, 2021 a few hours of surveillance was conducted at the Vinewood address. The surveillance was broken down at the end of shift with no results. On September 15th, 2021 a task force member drove by 6 Vinewood Plc. and spotted the 2013 Dodge Dart parked in the driveway. The taskforce set up surveillance, completed a USM-45, and conducted a verbal briefing.

On September 15th, 2021 at approximately 10:35AM the Rochester Fugitive task force attempted to arrest JAMES at 6 Vinewood Plc, Rochester, NY. Upon the door being opened by a female, JAMES was immediately seen from the front door. Taskforce officers Ulatowski, Baker, DUSM Smith, and others entered the residence and attempted to place JAMES under arrest. DUSM Smith heard TFO Ulatowski sat something to the effect of," You have a warrant, show us your hands." JAMES immediately backpedaled a few feet and turned to run into a bathroom. TFOs Ulatowski, Baker, and DUSM Smith immediately followed JAMES into the bathroom and a struggle ensued. JAMES landed face down in the bathtub with TFO Ulatowski face down on top of JAMES back.

DUSM Smith attempted to restrain JAMES head, while TFOs Ulatowski and Baker attempted to place JAMES in handcuffs. JAMES had his arms under his body with his elbows bent so his hands were near his chest. JAMES was actively resisting by not placing his hands behind his back. DUSM Smith held JAMES head against the tub and attempted to use a pain compliance technique by applying pressure to the Mandibular Angle. DUSM Smith heard TFO Baker or TFO Ulatowski calling out words to the effect of, "He's got a gun." Shortly thereafter DUSM Smith heard a gunshot. The round entered JAMES chest. There was no exit wound observed. JAMES went limp. JAMES was removed from the bathtub. JAMES was placed in handcuffs. DUSM Smith observed TFOs Devinney and Connell enter the room and begin applying a chest seal and providing CPR. Emergency Medical Services were called to the scene. JAMES was pronounced deceased upon EMS arrival.

DUSM Smith did not draw his firearm during this critical incident. DUSM Smith did not observe any weapons drawn by the officers involved in this altercation.

**Confidentiality Notice:** This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
>UNCLASSIFIED//FOR OFFICIAL USE ONLY//
Printed By District: W/NY                Page 1 of 2

U.S. Department of Justice
United States Marshals Service

**Field Report PDF | Approved by Supervisor**

Printed on: 09/23/2021

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

>UNCLASSIFIED//FOR OFFICIAL USE ONLY//

**Confidentiality Notice:** This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.