**SUPPORTING DEPOSITION (CPL 100.20)**　　　　　　　　　New York State Police

State of New York　　　　　　　　　　　　　　　　　　County of Monroe
Local Criminal Court　　　　　　　　　　　　　　　　　City of Rochester

---

THE PEOPLE OF THE STATE OF NEW YORK　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　-vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant(s)　　　　　)

---

State of New York
County of Monroe
City of Rochester

On September 15, 2021, at 1:18 p.m. I, Richard R. Arrowood, state that I am employed as an Investigator with the Rochester Police Department, 185 Exchange Blvd, Rochester, New York. I am assigned to the United States Marshal's Fugitive Task Force in Rochester, NY. On September 15, 2021 at about 8:45 a.m., New York State police Investigator Jeff Ulatowski contacted me and asked for me to come to Vinewood Place to watch house. Jeff said he had to leave to take care of something for work. I got to Vinewood Place in the city of Rochester at about 9:00 a.m. and maintained surveillance of the street. Jeff returned to Vinewood Place and took over for me. I went to meet up with Billy Baker and jumped in his car. We then led the group over to 6 Vinewood Place to look for Dedrick James. Billy pulled in front, turned on his emergency lights, and I got out and quickly went to the backyard. I was in the backyard and heard a radio transmission stating they were making contact. I then heard a front perimeter guy say he is running. I maintained the perimeter and saw nobody come out of the house. I then heard over the radio that a shot was fired. That was followed by a transmission to advised channel 2 that it was a self-inflicted gunshot wound. I then went to the front of the house and maintained the front door. While I was at the front door the medics came out and told me that he was pronounced.

**NOTICE**
(Penal Law 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
This 15th day of September, 2021

　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Deponent)

　　　　　　　　　　　　　　　　　　　　　　　　(Witness)
Time ended: 1:38 p.m.　　　　　　　　　　　　　　Inv. Eric K. Fuenfstueck
　　　　　　　　　　　　　　　　　　　　　　　　(Name of person taking deposition)

　　　　　　　　　　　　　　　　　　　　　　　　#3057