```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHENEA JAMES as administrator of the estate Of DEDRICK JAMES, deceased, and SHENEA JAMES, individually,<br><br>                                          Plaintiff,<br><br>-against-<br><br>THE UNITED STATES OF AMERICA, CITY OF ROCHESTER, RPD INVESTIGATOR RICHARD ARROWOOD, et al.<br><br>                                          Defendants. | 23-cv-6057 (MAV)(MJP) |

## DECLARATION OF ELLIOT D. SHIELDS

I, Elliot D. Shields, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am co-counsel for Plaintiff Shenea James in this matter and associated with Roth & Roth LLP. I submit this declaration in support of Plaintiff's opposition to the United States' motion for summary judgment.

2. Attached hereto are true and correct copies of the following documents, which are submitted as exhibits in support of Plaintiff's memorandum of law and Rule 56.1 counterstatement:

- **Exhibit A**: Investigation Notes of Scott Carr

- **Exhibit B**: Deposition transcript of Jeff Ulatowski (Oct. 2, 2024)

- **Exhibit C**: Deposition transcript of Richard Arrowood (Oct. 4, 2024)

- **Exhibit D**: USMS Enforcement Operations SOP (Bates 00000935–944) **[filed under seal and subject to Plaintiff's motion to temporarily seal]**

- **Exhibit E**: Deposition transcript of Christian DeVinney (Sept. 17, 2024)

1

- **Exhibit F**: USMS Lesson Plan – Introduction to Operational Planning (Bates 00000968–970) **[filed under seal and subject to Plaintiff's motion to temporarily seal]**

- **Exhibit G**: Deposition transcript of William Baker (May 8, 2024)

- **Exhibit H**: USMS Enforcement Action Briefing (USM-45) (Bates 00000931–933) **[filed under seal and subject to Plaintiff's motion to temporarily seal]**

- **Exhibit I**: Deposition transcript of Carlton Smith (May 7, 2024)

- **Exhibit J**: USMS Report of Investigation (Bates 00000895–930) **[filed under seal and subject to Plaintiff's motion to temporarily seal]**

3. In addition, Plaintiff has filed **redacted public versions** of her memorandum of law and Rule 56.1 counterstatement, and has submitted unredacted versions of those filings under seal, solely because they quote from or reference Exhibits D, F, H, and J, which the Government designated "Confidential" under the Protective Order (ECF No. 36).

4. Plaintiff is simultaneously filing a motion to temporarily seal Exhibits D, F, H, and J, and the unredacted versions of the brief and counterstatement, pending resolution of the confidentiality designations.

5. No prior application for this relief has been made.

Dated: New York, New York  
      July 28, 2025

Respectfully Submitted,  
ROTH & ROTH LLP

By: _____~/s/~_____  
Elliot Dolby Shields, Esq.  
*Co-Counsel for Plaintiff*  
192 Lexington Ave, Suite 802 New York, New York 10016  
Ph: (212) 425-1020

To: All parties (via ECF)