UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENEA JAMES as administrator of the estate Of DEDRICK JAMES, deceased, and SHENEA JAMES, individually,<br><br>            Plaintiff,<br><br>   -against-<br><br>THE UNITED STATES OF AMERICA, CITY OF ROCHESTER, RPD INVESTIGATOR RICHARD ARROWOOD, et al.<br><br>            Defendants. | **23-cv-6057 (MAV)(MJP)** |

## DECLARATION OF ELLIOT D. SHIELDS

I, Elliot D. Shields, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am co-counsel for Plaintiff Shenea James in this matter and associated with Roth & Roth LLP. I submit this declaration in support of Plaintiff's opposition to the United States' motion for summary judgment.

2. Attached hereto are true and correct copies of the following documents, which are submitted as exhibits in support of Plaintiff's memorandum of law and Rule 56.1 counterstatement:

- **Exhibit A**: Deposition transcript of Shenea James (May 1, 2024)
- **Exhibit B**: Deposition transcript of William Baker (May 8, 2024)
- **Exhibit C**: Deposition transcript of Jeff Ulatowski (Oct. 2, 2024)

1

- **Exhibit D**: USMS Report of Investigation **[unredacted, previously filed under seal]**

- **Exhibit E**: USMS Enforcement Operations SOP **[unredacted, previously filed under seal]**

- **Exhibit F**: Deposition transcript of Richard Arrowood (Oct. 4, 2024)

- **Exhibit G**: Deposition transcript of Carlton Smith (May 7, 2024)

- **Exhibit H**: USMS Enforcement Action Briefing (USM-45) **[unredacted, previously filed under seal]**

- **Exhibit I**: USMS Lesson Plan – Introduction to Operational Planning (Bates 00000968–970) **[unredacted, previously filed under seal]**

- **Exhibit J**: Deposition transcript of Christian DeVinney (Sept. 17, 2024)

- **Exhibit K**: Monroe County Medical Examiner's Autopsy Report

3. Previously, on July 18, 2025, Plaintiff filed redacted public versions of her memorandum of law and Rule 56.1 counterstatement, and has submitted unredacted versions of those filings under seal (ECF 63, redacted opposition to the Government's motion for summary judgment and ECF 64, motion to temporarily seal), solely because they quote from or reference Exhibits D, E, H, and I, which the Government designated "Confidential" under the Protective Order (ECF No. 36).

4. On July 29, 2025, I conferred with counsel for the United States of America, Assistant United States Attorney Michael Cerrone. Mr. Cerrone has advised that the Government consents to Plaintiff's request to unseal the exhibits filed under seal in connection with Plaintiff's opposition to the Government's motion for summary judgment, and also consents to unsealing the exhibits filed with Plaintiff's opposition to the City's motion for summary judgment.

5.   Therefore, Plaintiff is now refiling the motion papers in unredacted form on the public docket.

Dated: New York, New York            Respectfully Submitted,
       July 29, 2025                 ROTH & ROTH LLP


                                     By:  ~/s/~
                                          Elliot Dolby Shields, Esq.
                                          *Co-Counsel for Plaintiff*
                                          192 Lexington Ave, Suite 802 New York,
                                          New York 10016
                                          Ph: (212) 425-1020

To:   All parties (via ECF)