JAMES v. United States
23-cv-6057
MSC

PLAINTIFF'S
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 5/7/24   RPTR: TC

# United States Marshals Service
# Report of Investigation

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**
00000095

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

USM-11█

**U.S. Department of Justice**
United States Marshals Service

Printed on: 03/21/2023 at 14:56 EDT
Page 1 of 1

# REPORT OF INVESTIGATION

**FID:** █
**Subject Name:** JAMES, DEDRICK
**Associated Cases:** █

**Type of Report:** Arrest/Close
**Reporting District:** W/NY - ROCHESTER
**Reported By:** CARLTON SMITH (Deputy US Marshal (DUSM))
**Reported Date/Time:** 10/19/2021 at 08:34 EDT
**Approved By:** █ (Supervisory Deputy US Marshal (SDUSM))
**Approved Date/Time:** 10/19/2021 at 12:23 EDT
**BWC Footage Exists?** N/A
**BWC Footage Reviewed?** N/A

On 8-5-21, the NYS Police requested the assistance of the USMS to locate and arrest James DEDRICK (█) for the charge of Assault (against child).

Please refer to █ Incident Management for the details of the arrest on this case

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

00000096

**U.S. Department of Justice**
**United States Marshals Service**

Incident Report | INCID-■■■■ - Use of Force | Closed
Printed on: 03/21/2023

## CORE INFORMATION

### JPATS FLIGHT INFORMATION

| | | | |
|---|---|---|---|
| **Creating District** WESTERN DISTRICT OF NEW YORK | **Creating District Office** ROCHESTER | **Associated Judicial Circuit** 2 | **Created By** SHANE MARSHALL |
| **Date of Occurrence** 09/15/2021 1035 EDT | **End Date** | | |
| **Create Date** 09/15/2021 | **Create Time** 1532 EDT | **Update Date** 09/16/2022 | **Update Time** 1125 EDT |

**Who reported this incident?**
MARSHALL, SHANE

| | | |
|---|---|---|
| **Reporting District** WESTERN DISTRICT OF NEW YORK | **Reporting District Office or HQ Division** ROCHESTER | **Associated Judicial Circuit** 2 |

### FIRST RESPONDER DETAILS

| Agency | Report Number | Last Name | First Name | Phone Number | Email |
|---|---|---|---|---|---|
| USMS | | Marshall | Shane | ■■■ | ■■■ |

### USMS PERSONNEL

MARSHALL, SHANE

### USMS MISSION ACTIVITIES

**Did this incident occur during any USMS Mission Activities?**
- Arrest/Attempted Arrest

### JUDICIAL PROCEEDING

**Did this incident occur during a judicial proceeding?**
No

### VEHICLE INFORMATION

**Did this incident involve a vehicle?**
No

**Did this incident involve JPATS?**
No

### OTHER INFORMATION

**USMS Case/Warrant Number**
FID■■■■

| | |
|---|---|
| **Associated Incidents** INCID-■■■■ - Death INCID-■■■■ - Shooting INCID-■■■■ - Medical Emergency | **Associated Events** No Associated Event |

### INCIDENT PEOPLE

| Photo | Name | Cautions | USMS # | Federal ID Number | Person Sub-Type | Role to Incident |
|---|---|---|---|---|---|---|
| | SMITH, CARLTON | | | | USMS Person Deputy US Marshal (DUSM) | User of Force |
| | JAMES, DEDRICK | 🔒 Use Of Force | | ■■■■ | | Alleged Perpetrator |

### INCIDENT LOCATION

| | | |
|---|---|---|
| **Incident Location Type** Residence | **Housing Type** Private Residence | **Housing Sub-type** Single Family Home |

**Incident Location Address**
Address
6 Vinewood Pl, Rochester, NY, 14608, USA

**Did Incident Occur Outside?**
Indoors

**Description**

Case 6:23-cv-06057-MAV-MJP   Document 68-6   Filed 07/29/25   Page 4 of 8

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

U.S. Department of Justice
United States Marshals Service

Incident Report | INCID ▮▮▮▮ - Use of Force | Closed
Printed on: 03/21/2023

Single family home. Color white

## NOTIFICATIONS

**USMS Point of Contact**

| Name | USMS Title | Phone Number | Email |
|---|---|---|---|
| SHANE MARSHALL | Supervisory Deputy United States Marshal (SDUSM) | ▮▮▮ | ▮▮▮ |

**Incident Point of Contact Phone Number**
▮▮▮

**Brief Description of Incident:**
During ground struggle subject produced a gun and fired, subject deceased.

**Internal Notifications**
No Internal Notifications

**External Notifications**

| Party Notified | Name | Method | Email, Fax, or Phone | Date | Time |
|---|---|---|---|---|---|
| comm center | | Phone | ▮▮▮ | 09/15/2021 | 1115 |

## QUALIFYING QUESTIONNAIRE

Was this a use of force by? (Select all that apply)
One or more authorized USMS Employees.
ON

Are you one of the users of force?
No

Did anyone receive medical attention from a first responder or USMS personnel as a result of this incident?
Yes

Did USMS Employees, Contractors (e.g. CSOs, DSOs, SSOs, ASOs) and/or Task Force Officers receive serious bodily injury during this incident?
No

Did a death result from this Use of Force Incident?
Yes

Is this incident likely to attract media attention?
Local/Regional

Was there a death due to law enforcement use of force?
No

Was there a serious bodily injury due to law enforcement use of force?
No

Was there the discharge of a firearm at or in the direction of a person by law enforcement that did not result in death or serious injury?
No

I have spoken to an OPR Force Review Branch Investigator and only one field report is required for this incident.
Yes

## INCIDENT STATUS LOG

| Status | Start Date | End Date |
|---|---|---|
| Active | 09/15/2021 | 09/16/2022 |
| Closed | 09/16/2022 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

00000098

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

**U.S. Department of Justice**
**United States Marshals Service**

Incident Report | INCID ▮▮▮▮▮ – Use of Force | Closed
Printed on: 03/21/2023

---

**FIELD REPORTS**

**Use of Force**

| | | | | | |
|---|---|---|---|---|---|
| **Type** | **Author** | **Create Date and Time** | **Reviewer** | **Status** | **Status Date and Time** |
| Use of Force | SHANE MARSHALL | 09/23/2021 11:33 EDT | ▮▮▮▮ | Approved by QPR | 02/25/2022 10:33 EST |

**User Of Force Name**
SMITH, CARLTON

| **Entry on Duty Date** | **Assignment at Time of Incident** | **Reason for Use of Force** | **K9 Deployment Reponse** |
|---|---|---|---|
| 10/10/2002 | Fugitive Apprehension | Protect themselves or others from physical harm<br>Restrain or subdue a resistant subject<br>Make an arrest<br>Obtain lawful compliance from a subject | |

| **Type** | **Remark** | **Make** | **Model** | **Serial Number** |
|---|---|---|---|---|
| Personal Force (fist, elbow, feet, etc.) | | | | |

Photos exist for this incident.

**Narrative**

An arrest warrant was issued by the town of Marion located in Wayne County New York on August 25th, 2021 for Dedrick JAMES, charging him with assault second. The victim was his two-year-old son. The State Police Lyons office requested aid from the US Marshals. Two investigators with the NYSP are assigned to the fugitive taskforce in Rochester NY. The State Police Lyons office provided information such as JAMES'S vehicle, 2013 Dodge Dart, color white, NY tag JPE3639. This vehicle is registered to JAMES at 6 Vinewood Plc. Rochester NY, 14608.

On September 14th, 2021 a few hours of surveillance was conducted at the Vinewood address. The surveillance was broken down at the end of shift with no results. On September 15th, 2021 a task force member drove by 6 Vinewood Plc. and spotted the 2013 Dodge Dart parked in the driveway. The taskforce set up surveillance, completed a USM-45, and conducted a verbal briefing.

On September 15th, 2021 at approximately 10:35AM the Rochester Fugitive task force attempted to arrest JAMES at 6 Vinewood Plc, Rochester, NY. Upon the door being opened by a female, JAMES was immediately seen from the front door. Taskforce officers Ulatowski, Baker, DUSM Smith, and others entered the residence and attempted to place JAMES under arrest. DUSM Smith heard TFO Ulatowski sat something to the effect of," You have a warrant, show us your hands." JAMES immediately backpedaled a few feet and turned to run into a bathroom. TFOs Ulatowski, Baker, and DUSM Smith immediately followed JAMES into the bathroom and a struggle ensued. JAMES landed face down in the bathtub with TFO Ulatowski face down on top of JAMES back.

DUSM Smith attempted to restrain JAMES head, while TFOs Ulatowski and Baker attempted to place JAMES in handcuffs. JAMES had his arms under his body with his elbows bent so his hands were near his chest. JAMES was actively resisting by not placing his hands behind his back. DUSM Smith held JAMES head against the tub and attempted to use a pain compliance technique by applying pressure to the Mandibular Angle. DUSM Smith heard TFO Baker or TFO Ulatowski calling out words to the effect of, "He's got a gun." Shortly thereafter DUSM Smith heard a gunshot. The round entered JAMES chest. There was no exit wound observed. JAMES went limp. JAMES was removed from the bathtub. JAMES was placed in handcuffs. DUSM Smith observed TFOs Devinney and Connell enter the room and begin applying a chest seal and providing CPR. Emergency Medical Services were called to the scene. JAMES was pronounced deceased upon EMS arrival.

DUSM Smith did not draw his firearm during this critical incident. DUSM Smith did not observe any weapons drawn by the officers involved in this altercation.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

UNCLASSIFIED//FOR OFFICIAL USE ONLY//

00000099



**U.S. Department of Justice**
**United States Marshals Service**

DEDRICK JAMES (FID: ▓▓▓) | Subject Report
Printed on: 03/21/2023 at 14:57 EDT
Page 1 of 3



**JAMES, DEDRICK**   NOT IN NCIC FOR USMS

**FID #:** ▓▓▓
**USMS #:**
**Sex:** Male
**Race:** Black
**Height:** 5'09"
**Weight:** 170 lbs
**DOB:** 11/10/1996

**Case Status:** Historical
**Prisoner Status:** Out of Custody
**Subject Category:**
**TOG Data Available:**
**USM-11s?** Yes
**Has Attachments?** No
**Seized Items Exist?** No

## ALIAS

| SEQ. # | ALIAS |
|---|---|
| 1 | JAMES, DEDRICK JAMON |

## DATE OF BIRTH

| SEQ. # | DATE OF BIRTH | AGE |
|---|---|---|
| 1 | 11/10/1996 | 26 |

## PLACES OF BIRTH

| SEQ. # | COUNTRY | CITY | STATE |
|---|---|---|---|
| 1 | | | NEW YORK |
| 2 | | | NY |

## SOCIAL SECURITY NUMBER

| SEQ. # | SOCIAL SECURITY NUMBER |
|---|---|
| 1 | ▓▓▓-2939 |

## UCN/FBI NUMBER

| SEQ. # | UCN/FBI NUMBER |
|---|---|
| 1 | ▓▓▓ |

## SUBJECT DESCRIPTION

| SEQ. # | EYES | HAIR | HEIGHT | WEIGHT | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|
| 1 | BROWN | BLACK | 5'09" | 170 | | BLACK | MALE |

## SECURITY CAUTIONS AND MEDICAL CONDITIONS

| SEQ. # | CAUTION | TYPE | SOURCE | START DATE | END DATE |
|---|---|---|---|---|---|
| 1 | USE OF FORCE | SECURITY | INCIDENT | 09/16/2021 | |

## ADDRESSES

| SEQ. # | ADDRESS | RELATIVE LOCATION | RELATIVE LOCATION DESCRIPTION | LATITUDE | LONGITUDE |
|---|---|---|---|---|---|
| 1 | 6 VINEWOOD PL ROCHESTER, | | | | |

## SUBJECT PHONE NUMBERS

| SEQ. # | TYPE | COUNTRY CODE | PHONE NUMBER | EXTENSION |
|---|---|---|---|---|

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**U.S. Department of Justice**
**United States Marshals Service**

DEDRICK JAMES (FID: ███) | Subject Report
Printed on: 03/21/2023 at 14:57 EDT
Page 2 of 3

1

## SUBJECT PROFILE

### Overview

| DEA Most Wanted | ATF Most Wanted | RPOT | CPOT |
| --- | --- | --- | --- |
| No | No | No | No |

### Subject Intel

| Subject Intel | Y/N |
| --- | --- |
| Escapee | No |
| Organized Crime | No |
| International Terrorist | No |
| Gang Member | No |
| Multiple Defendants | No |
| Planned Murder | No |
| Domestic Terrorist | No |
| Death Penalty Case | No |
| RAM SUB | No |
| Money Launderer | No |
| Firearms | No |
| Violent Offender | No |
| International Lookouts Placed | No |

### Felony History

| Criminal Activity | Arrests | Convictions |
| --- | --- | --- |
| Immigration | 0 | 0 |
| Kidnapping | 0 | 0 |
| Assault/Battery | 0 | 0 |
| Burglary/Larceny/Theft | 0 | 0 |
| Weapons (Firearms) | 0 | 0 |
| Weapons (Other) | 0 | 0 |
| Forgery/Fraud | 0 | 0 |
| Homicide | 0 | 0 |
| Robbery | 0 | 0 |
| Narcotics | 0 | 0 |
| Extortion | 0 | 0 |
| Escape | 0 | 0 |

### Felony Sex Offense

| Criminal Activity | Arrests | Convictions |
| --- | --- | --- |
| Failure to Register/Failure to Comply | 0 | 0 |
| Rape/Sex Assault | 0 | 0 |

## INCIDENTS

### Incidents

| SEQ. # | DATE | INCIDENT ID | INCIDENT TYPE | INCIDENT SUB-TYPE | REPORTING OFFICE | DISTRICT OF OCCURRENCE | STATUS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 09/15/2021 | INCID-███ | USE OF FORCE | | W/NY - ROCHESTER | W/NY | CLOSED |
| 2 | 09/15/2021 | INCID-███ | SHOOTING INCIDENT | | W/NY - ROCHESTER | W/NY | ACTIVE |
| 3 | 09/15/2021 | INCID-███ | DEATH INCIDENT | ARREST-RELATED DEATH (DICRA) | W/NY - ROCHESTER | W/NY | ACTIVE |
| 4 | 09/15/2021 | INCID-███ | MEDICAL EMERGENCY | | W/NY - ROCHESTER | W/NY | ACTIVE |

## NCIC INFORMATION

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

Confidentiality Notice: This report contains unclassified law enforcement sensitive information and is the property of the U.S. Marshals Service. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured, and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with the Privacy Act of 1974, 5 USC Section 552A.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Case 6:23-cv-06057-MAV-MJP   Document 68-6   Filed 07/29/25   Page 8 of 8

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

U.S. Department of Justice
United States Marshals Service

DEDRICK JAMES (FID: ▮▮▮▮) | Subject Report
Printed on: 03/21/2023 at 14:57 EDT
Page 3 of 3

## CLOSED CASE LIST

**Sealed Warrant?** No
**Originating District** W/NY - ROCHESTER ▮
**Lead DUSM / TFO**

### Charge Information

| | |
|---|---|
| Agency | LOC |
| State/Local/Tribe ORI | ▮▮▮ |
| Task Force | NYNJRFTF |
| Charge | ▮▮ - Assault |
| Date Issued | 08/25/2021 |
| Date Received | 09/08/2021 |
| Referred? | No |

### Close Information

| | |
|---|---|
| Date Executed | 09/15/2021 |
| Close Reason | PHYSICAL ARREST |
| Arresting/Closing District/Task Force | W/NY - ROCHESTER ▮ |
| Close Summary | TASK FORCE MEMBERS ATTEMPTED TO TAKE JAMES INTO CUSTODY UPON ENTRY AT 6 VINEWOOD PL, ROCHESTER. JAMES WOULD NOT FOLLOW COMMANDS, AND AN ALTERCATION ENSUED. DURING THE PHYSICAL ALTERCATION, JAMES PRODUCED A WEAPON AND FIRED CAUSING HIS DEATH |

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

Confidentiality Notice: This report contains unclassified law enforcement sensitive information and is the property of the U.S. Department of Justice. It may not be further disseminated outside the agency or persons to which it was loaned without prior U.S. Marshals Service authority. It is to be maintained, distributed, secured, and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with the Privacy Act of 1974, 5 USC Section 552A.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Printed By: District: W NY

00000102

Page 1 of 1