# JAMES v. United States
# 23-cv-6057
# MSC

# USMS Enforcement Action Briefing

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

00000931

UNCLASSIFIED // LES
Form USM-45

**U.S. Department of Justice**
United States Marshals Service

# Enforcement Action Briefing

*Information contained in this briefing is subject to change based on the dynamic and evolving nature of enforcement actions.*

**OBJECTIVE - To safely execute an arrest/search warrant or engage in any enforcement action that is likely to result in a physical arrest.**

| * LEAD INVESTIGATOR/PHONE |
|---|
| **Jeff Ulatowski** |

**SUBJECT INFORMATION**

| * NAME |
|---|
| **DEDRICK JAMES** |

| ALIAS |
|---|
| |

| * DOB | AGE | * RACE | SEX |
|---|---|---|---|
| 11/10/1996 | 24 | Black | M` |

| SCARS/MARKS/TATTOOS/OTHER |
|---|
| · |

| * FID # | MISC # |
|---|---|
| 11224222 | |

| * CHARGE(S) | ☐ PROBABLE CAUSE ONLY | ☐ COLLATERAL LEAD |
|---|---|---|
| **Assault 2nd** | | |

| * DATE ISSUED | * PRIMARY CHARGE | | * CONFIRMED NCIC | | * EYE | * HAIR | * HEIGHT | * WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 08/05/2021 | ◉ STATE ◯ FED | | ◉ YES ◯ NO | | brown | black | 5'9 | 170 |

| LOCATION # 1 | *(Location concerns should be noted in the appropriate section and briefed)* | LOCATION TYPE |
|---|---|---|
| 6 vinewood place | | Residence |

**KNOWN SAFETY CONSIDERATIONS** - *Select all that apply (FOR OFFICER SAFETY, PUBLIC SAFETY, AND SUBJECT SAFETY)*

| ☐ LIKELY ARMED | ☒ ASSAULT LEO | ☐ VIOLENT | ☐ WEAPONS HIST | ☐ GANG NEXUS |
|---|---|---|---|---|
| ☐ THREATS MADE | ☐ SUICIDAL | ☐ FLEE/ELUDE | ☐ KNOWN DRUG USER | ☐ SEX OFFENDER |
| ☐ UNIV PREC | ☐ MENTAL HEALTH | ☐ OTHER/ADDITIONAL: | | |

| **EMERGENCY MEDICAL RESOURCES** | **LOGISTICS** | | |
|---|---|---|---|
| * NEAREST LEVEL I TRAUMA CENTER ADDRESS/PHONE #<br>**Strong Hospital 585-275-2100** | * ACTION TYPE<br>Hit | * ACTION DATE<br>9/15/2021 | * ACTION TIME<br>11:00 |
| * NEAREST HOSPITAL ADDRESS/PHONE #<br>601 Elmwood Ave | # OF PERSONNEL<br> | * DISTRICT OF ACTION<br>W/NY | * OFFICE EMERGENCY # |
| * MEDICAL PERSONNEL ASSIGNED TO TEAM<br>◉ NO  ◯ YES - NAME: | BRIEFING/STAGING LOCATION<br>**Federal Building** | | |
| * LOCAL MEDICAL ASSET ON STANDBY<br>◉ NO  ◯ YES - NAME: | PRIMARY COMMS | SECONDARY COMMS | |
| * RALLY POINT<br>**BUlls Head PLaza** | * EVAC VEHICLE/KEYS<br>**Front pocket** | * LOCAL LE JURISDICTION<br>RPD | LOCAL SWAT JURISDICTION<br>RPD |
| AIR MED EVAC/PHONE #<br>N/A | | * JURISDICTION NOTIFIED<br>◉ YES ◯ NO | * PRE OP DECONFLICTION<br>◉ YES ◯ NO |
| TACTICAL K9 MED PLAN<br>N/A | | PRE OP DECONFLICTION<br>DATE: **9/15/2021**  TIME: **10:00** | REFERENCE #: **N/A** |

*IF THIS FORM WAS COMPLETED, A COPY MUST BE RETAINED LOCALLY IN THE INVESTIGATIVE FILE*

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email outside of USMS. Official external dissemination as a federal record requires Office of General Counsel approval.

UNCLASSIFIED // LES    Rev. 01/21

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**
0000093

UNCLASSIFIED // LES

## LOCATION *(1ST/3RD PARTY STATUS MUST BE DETERMINED & BRIEFED)*

| LOCATION # 1 *(Location concerns should be noted in the appropriate section and briefed)* | LOCATION TYPE |
|---|---|
| 6 vinewood place | Residence |

| ASSOCIATION TO SUBJECT | PRIMARY ENTRY POINT | SECONDARY ENTRY POINT |
|---|---|---|
| N/A | 1 side | unknown |

LOCATION CONCERNS - *Select all that apply (ATTEMPT TO VISUALLY VERIFY ANY LOCATION CONCERNS WHEN FEASIBLE):*

[x] OCCUPANTS   [ ] CHILDREN   [ ] DOGS/ANIMALS   [ ] ANTI-INTRUSION   [ ] SURVEILLANCE DEVICES
[ ] FENCE/GATE   [x] HIGH CRIME AREA   [ ] OTHER:

---

## VEHICLES

[x] No known vehicles

## ADDITIONAL NOTES *(NOTES SECTION WILL EXPAND AS YOU TYPE AND WILL PRINT COMPLETE SECTION)*



## ADDITIONAL PHOTOS *(SUBJECT, RESIDENCE, VEHICLE, ASSOCIATE, DIAGRAM, OTHER)*


## TEAM MEMBERS

| Name/Phone | Assignments |
|---|---|
| Jeff Ulatowski | Lead Investigator |

[x] Team assignments verbally briefed   [ ] Body Worn Camera in operation

## AFTER ACTION BRIEFING
*(OBSERVATIONS SHOULD BE RECORDED TO SERVE AS A REFERENCE FOR FUTURE OPERATION PLANS OR TO IDENTIFY TRAINING NEEDS)*

| WAS AN ARREST MADE? | WAS AN AFTER ACTION BRIEFING CONDUCTED? |
|---|---|
| ( ) YES  ( ) NO | ( ) YES  ( ) NO |

*Select all that apply: (Any significant or reportable action should be formally documented appropriately)*

| | | | |
|---|---|---|---|
| [ ] USE OF FORCE | [ ] INJURY TO LEO | [ ] FORCED ENTRY/BREACH | [ ] DAMAGE TO PROPERTY |
| [ ] FELONY VEHICLE STOP | [ ] VEHICLE PIN | [ ] BARRICADE | [ ] HOSTAGE |
| [ ] SUBJECT TREATED BY TEAM | [ ] SUBJECT DECLINED EMS | [ ] SUBJECT CLEARED BY EMS | [ ] SUBJECT TRANSPORTED BY EMS |
| [ ] SCENE TURNED OVER TO SWAT | [ ] TFO BWC | [ ] NON-TFO BWC | [ ] OTHER VIDEO (i.e., CCTV, doorbell camera, cellphone) |
| [ ] OTHER: | | | |

**IF THIS FORM WAS COMPLETED, A COPY MUST BE RETAINED LOCALLY IN THE INVESTIGATIVE FILE**
Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email outside of USMS. Official external dissemination as a federal record requires Office of General Counsel approval.

UNCLASSIFIED // LES   Rev. 01/21

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**
**00000933**