# JAMES v. United States
# 23-cv-6057
# MSC

# USMS Lesson Plan – Introduction to Operational Planning

00000967

**U.S. Department of Justice**  
United States Marshals Service

**USMS Lesson Plan**

INSTRUCTIONS: Use Form USM-433 to provide an outline lesson plan for a course taught within the USMS. Submit the completed lesson plan, along with Form USM-433A, *Risk Assessment for Lesson Plan*, and all course materials, to the Chief of the Training Management Branch, Training Division, Glynco, GA. Click here for more detailed instructions.

**Course Title:** Introduction to Operational Planning

**TO BE COMPLETED BY THE TRAINING MANAGEMENT BRANCH:**

**Course #:** _____

**Date Approved:** _____

**LearnUSMS Item #:** _____

This lesson plan may contain sensitive law enforcement information that is exempt from release under Exemption 7 of the Freedom of Information Act. The USMS Office of General Counsel's FOIA/PA Officer must be consulted before any of the information contained in this lesson plan is released.

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.

**USMS Lesson Plan**

Course Title: Introduction to Operational Planning
Course #: 

| LESSON PLAN SUMMARY ||
|---|---|
| **COURSE TITLE** | Introduction to Operational Planning |
| **TERMINAL PERFORMANCE OBJECTIVE** | Provided an operational scenario, identify appropriate pre-operational planning and contingency planning steps for USMS led fugitive operations in accordance with USMS Enforcement Action Briefing. |
| **INSTRUCTIONAL METHOD** *(Check all that apply.)* | ☒ Lecture w/questions   ☐ Practical exercise   ☐ Small group activities<br>☐ Laboratory   ☐ Discussion   ☐ Other - *Specify*: _____ |
| **INSTRUCTIONAL ENVIRONMENT** *(Check all that apply.)* | ☒ Classroom   ☐ Matroom   ☐ Range   ☐ Raid House<br>☐ Other - *Specify*: _____ |
| **INSTRUCTIONAL AIDS** *(Check all that apply.)* | ☒ PowerPoint (must include TPO & EPOs)   ☐ Handouts   ☐ Manuals<br>☐ Assistant Instructors - List number: _____<br>\*\* Attach a copy of all instructional aids to the lesson plan. \*\* |
| **INSTRUCTOR REFERENCES** *(List all references and copyright approvals.)* | Investigative Operations Division Standard Operating Procedures<br>USMS Policy Directive 8.9 |
| **STUDENT ASSIGNMENT** *(Participation, demonstration, written exam, etc.)* | Participation |
| **STUDENT MATERIALS** | Notebook<br>Pen |
| **EQUIPMENT** *(Projector, computers, Red Rocks, batons, etc.)* | Computer<br>Projector |
| **RISK ASSESSMENT** - *Complete Form USM-433A and submit along with this form.* | ☒ Low   ☐ Moderate   ☐ High |
| **INTELLECTUAL DEVELOPMENT AND DISABILITY** - *Does this training comply with Federal law including 29 U.S.C. §794?* | ☒ Yes   ☐ No |
| **LESSON PLAN CROSS-WALK --** *Identify all other lesson plans that cover the same subject matter that this LP covers. List the LP's number, title and owning Division.* | TD1011301-Operational Planning, BDUSMI-TD, National Training Academy<br>TD2050101 - Operational Planning, TTOITP-TD, Law Enforcement Safety Training Branch<br>TD2030601 - Operational Planning, HRFA_TF-TD, Law Enforcement Safety Training Branch |

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.
UNCLASSIFIED // FOUO
Page 2 of 7

Form USM-433
Rev. 07/2021

00000969

**USMS Lesson Plan**

Course Title: Introduction to Operational Planning
Course #:

| LESSON PLAN DETAILS |||||
|---|---|---|---|---|
| **1. Instructional Hours:** || **2. Evaluation Hours:** || **3. TOTAL # of Hours:** |
| Lecture Hours | Laboratory Hours | Written Test | Practical Evaluation | |
| 1 | 0 | 0 | 0 | 1 |

**4. Description:**
This introduction class is designed to familiarize a United States Marshals Service (USMS) Task Force Officer (TFO) with the USMS Enforcement Action Briefing, stages of pre-operational planning, and contingency planning during USMS led fugitive operations.

**5. Terminal Performance Objective (TPO):**
Provided an operational scenario, identify appropriate pre-operational planning and contingency planning steps for USMS led fugitive operations in accordance with USMS Enforcement Action Briefing.

**6. Enabling Performance Objectives (EPO):**
EPO #1: Identify key elements of the Enforcement Action Briefing, USM-45
EPO #2: Identify the stages of Pre-Operational Planning.
EPO #3: Identify Contingency Planning.

**7. Method of Evaluation** *(Select all that apply)*:
☐ Student participation     ☐ Practical exercise     ☒ None
☐ Multiple choice question class exam*     ☐ Multiple choice questions on comprehensive exam*
* See question 7a.

**7a.** If a written test will be used to evaluate students, provide <u>a minimum of three multiple choice questions</u> for each Enabling Performance Objective (EPO). True / False questions are not to be used.

<u>Click here to add multiple choice questions.</u>

**8. Introduction:**
Introduction to Operational Planning is designed to familiarize the Task Force Officer (TFO) with the USMS Enforcement Action Briefing, stages of pre-operational planning, and contingency planning during USMS led fugitive operations. As the TFO progresses through their on-boarding process they will receive more in-depth training on the listed subject matters.

**9. Presentation** *(Insert the TPO & EPOs from Questions 5 & 6 above and provide supporting teaching point explanations.)*:
TPO: Provided an operational scenario, identify appropriate pre-operational planning and contingency planning steps for USMS led fugitive operations in accordance with USMS Enforcement Action Briefing.

EPO #1: Identify key elements of the Enforcement Action Briefing, USM-45

  I. Section IV
      a. ==Executing Search Warrants and Arrest Warrants==
           i. Because the USMS is dedicated to ensuring the safety of its operational personnel and its federal, state, local, and tribal law enforcement partners in the face of today's ever-increasing risk of violence and the proliferation of firearms in the hands of criminals, the following procedures for execution of search warrants and arrests will be followed by USMS Enforcement Operations team members:
          ii. Time permitting and prior to initiating any enforcement operations in the field, a complete

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.
UNCLASSIFIED // FOUO
Page 3 of 7
Form USM-433
Rev. 07/2021
00000970

UNCLASSIFIED // FOUO

**USMS Lesson Plan**

Course Title: Introduction to Operational Planning
Course #:

background investigation will be conducted by the USMS Enforcement Operations member assigned the case. The investigation should include, but not be limited to, the following elements
  1. Hardcopy
     a. Long and short version
  2. Mobile Version

EPO #2: Identify the stages of Pro-Operational Planning.

  II. Suspect Information and Additional Background
     a. Determines 4th Amendment considerations when affecting an arrest.
        i. 1st party vs. 3rd Party Residences.
           1. Explain 1st and 3rd party, how it affects our operational plan
           2. Establishing 1st and 3rd party residence.
     b. Tactical Operations: Team leader driven tactical considerations to promote officer safety and risk mitigation measures.
        i. Contain and Call-Out.
        ii. Breach and Hold.
        iii. Breach and Return to Ballistic Covered Position
        iv. Entry with Limited Penetration
        v. Entry with Controlled Team Movement
        vi. Surveillance resulting in:
           1. Intelligence Gathering
           2. Building a Pattern of Life
           3. Open Air Take Down
           4. Vehicle Operations
              a. Follow - Surveillance
              b. High Risk Vehicle Stop
              c. Vehicle Containment

  III. **Site Assessment/Scouting (Personnel Movement and Additional Consideration):** Proactive steps taken to gain intelligence for personnel routes and placement. Also provides means of additional intelligence gathering on the structure itself.
     a. Routes to and from Location
     b. Containment of Location
     c. Numbering/Lettering System
        i. Systematic numbering or lettering of structure or area to identify the points of containment, overwatch, approach, and entry. This provides assignments of personnel and accountability to their individual location on the structure or area.
     d. Approach of Location
        i. Least vulnerable path
     e. Primary and Secondary Points of Entry.
     f. Fugitive Surveillance Measures
        i. People
        ii. Animals
        iii. Cameras
        iv. Electronic Surveillance (cameras on structure)
     g. Placement of overwatch

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // FOUO

**USMS Lesson Plan**      Course Title: Introduction to Operational Planning  
    Course #:

    h. Ascertain Equipment Needed for Breaching/Arrest
- i. Shields
- ii. Ram
- iii. Hooligan
- iv. Robots
- v. UAS
- vi. Pole Cameras

    i. Personnel Assignments  
    j. Rally Point(s)

IV. Medical Considerations: Steps taken to properly plan for medical contingencies given personnel present for enforcement action.
- a. Downed officer plan
- b. Who is transporting the injured officer to the hospital?
- c. Medical evacuation vehicle preparation
- d. Which vehicle is being used and how it should be prepped for front and backseat transportation?
- e. Types of Hospitals Available
- f. Trauma Level 1-3
- g. Trauma levels identified for local hospitals
- h. Air Support
- i. Rural vs. Urban considerations
- j. Landing Zone Preparation
- k. Air evac. Rural vs urban; notifications, LZ considerations, and weather. Can this environment affect our tactical decision making (open air vs entry)?
- l. Emergency Medical Personnel Assignments
- m. Self-Care/Buddy Care
- n. EMTs
- o. OMSU
- p. Are EMTs/paramedics available. OMSU personnel present?

EPO #3: Identify Contingency Planning.

V. **Contingencies to Fugitive Actions:** Verbalize immediate action plan to hostile fugitive actions.
- a. Downed Officer Plan
- b. Shots Fired on Approach
- c. Shots Fired at Entry Point
- d. Shots Fired within the Structure
- e. Hold or Withdrawal Procedures from Arrest Attempt
- f. Crime Scene Considerations

VI. **Barricade Procedures:** Discussed as part of operational planning to promote consistency in task force response to a barricaded individual
- a. Hold or Withdraw to Rally Point(s)
- b. Rollcall of Task Force Personnel
- c. Notification of Jurisdictional Agency with Approach Routes and Staging Area for Responding Personnel
- d. Identify Arrest Teams and Deploy Additional Containment and Overwatch Personnel
- e. Police Presence Announcements
- f. Communicate with SWAT Personnel for Assistance

**10. Summary** *(Insert the TPO & EPOs from Questions 5 & 6 above and provide a brief summary of this course of instruction.)*:
TPO: Provided an operational scenario, identify appropriate pre-operational planning and contingency planning steps for USMS led

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.

| | |
|---|---|
| **USMS Lesson Plan** | Course Title: Introduction to Operational Planning <br> Course #: |

fugitive operations in accordance with USMS Enforcement Action Briefing, achieving a minimum of 70% on a written exam.

EPO #1: Identify key elements of the Enforcement Action Briefing, USM-45
EPO #2: Identify the stages of Pre-Operational Planning.
EPO #3: Identify Contingency Planning.

---

**11. Application:**

☐ Laboratory   ☐ Practical exercise   ☒ N/A

---

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.
UNCLASSIFIED // FOUO
Page 6 of 7
Form USM-433
Rev. 07/2021
00000973

UNCLASSIFIED // FOUO

**USMS Lesson Plan**

Course Title: Introduction to Operational Planning

Course #:

| REVIEW AND APPROVALS ||
|---|---|
| **Developed By** *(List all team members' names)*: Mathew Gebo, Erick Brown ||

☒ Yes   ☐ N/A

Changes to this lesson plan have been coordinated with the Lead Instructors and ISD Specialists assigned to the Lesson Plans identified in the Lesson Plan Cross-Walk section above.

| Lesson Plan Prepared By: [redacted] | Title: Instructional Systems Design Specialist ||
|---|---|---|
| Signature: [redacted] | Digitally signed by [redacted] Date: 2021.09.07 13:29:22 -04'00' | Date: 9/7/2021 |
| Lesson Plan Prepared By: [redacted] | Title: Chief Inspector, IOD/ GCRFTF ||
| Signature: [redacted] | Digitally signed by [redacted] Date: 2021.09.07 14:00:19 -05'00' | Date: 9/7/2021 |
| Reviewed By: [redacted] | Title: Chief Inspector, RFTF Branch Chief ||
| Signature: [redacted] | Digitally signed by [redacted] Date: 2021.09.08 13:47:02 -04'00' | Date: 9/8/2021 |
| Reviewed By *(Supervisor/Manager)*: [redacted] | Title: Deputy Assistant Director, IOD ||
| Signature: [redacted] | Digitally signed by [redacted] Date: 2021.09.09 09:44:08 -04'00' | Date: 9/9/2021 |

Submit the completed lesson plan along with course materials (student text or manual, PowerPoint file showing instructors notes) to the Chief of the Training Management Branch, Training Division.

| - TD USE ONLY - ||
|---|---|
| Accreditation Review By: [redacted] | Title: Accreditation Manager  ISD |
| Signature: | Date: |
| Approved By: [redacted] | Title: Chief, Training Management |
| Signature: | Date: |

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/FOUO) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // FOUO

Form USM-433
Rev. 07/2021

00000974