# JAMES v. United States
## 23-cv-6057
## MSC

# Monroe County Medical Examiner's File

EXHIBIT

**1**

**00001056**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

$21 - 02953$

**RECEIVED**
**By Robert Zerby at 10:46 am, Sep 12, 2024**

SHENEA JAMES as administrator of the estate
Of DEDRICK JAMES, deceased, and SHENEA
JAMES, individually,

                                    Plaintiff,

                                                            23-CV-6057 (DGL)(MJP)

v.

THE UNITED STATES OF AMERICA, CITY
OF ROCHESTER, RPD INVESTIGATOR
RICHARD ARROWOOD, et al.,

                                    Defendants.

## ORDER CONCERNING RELEASE OF MONROE COUNTY
## MEDICAL EXAMINER'S FILE

WHEREAS, Defendant United States of America moved, pursuant to New York

County Law § 677, seeking an order directing the Monroe County Office of the

Medical Examiner to produce to the parties a copy of its entire file concerning decedent

Dedrick James including, but not limited to, autopsy reports, photographs, case notes,

communication logs, and records of investigation.

WHEREAS, Plaintiff and co-defendant Arrowood do not oppose the relief requested in

the motion,

WHEREAS, pursuant to New York County Law § 677(3)(b), the parties stipulate and

agree, and the Court has found that Defendant United States of America may be affected in a

civil action by the contents of the record of the Monroe County Office of the Medical

Examiner described herein, and/or Defendant United States of America has a substantial

interest in the record described herein,

1

**00001057**

NOW, THEREFORE, it is ordered that, pursuant to the authority of this Court and

New York County Law § 677(3)(b), the Monroe County Office of the Medical Examiner is

authorized and directed to produce the following documents to the parties: a copy of its entire

file concerning decedent Dedrick James including, but not limited to, autopsy

reports, photographs, case notes, communication logs, and records of investigation.

**SO ORDERED.**

HON. MARK W. PEDERSEN
United States Magistrate Judge

Dated:    September 9, 2024
          Rochester, New York

2

**00001058**

**Monroe County**
**Office of the Medical Examiner**
**Rochester, New York**

# Authorization for Release of Medical Examiner Reports

Instructions. Complete this authorization if you are the next-of-kin and seek reports held by the Medical Examiner's Office. Prior to submitting any request, contact the Medical Examiner's Office at (585) 753-5916 to obtain specific information concerning report availability and associated fees. Fees must be paid using check or money order payable to Monroe County. Do not send cash. The form must be properly notarized prior to submission. Please be sure to include recipient information at the bottom of this form. The mailing address for the office is:

Monroe County Office of the Medical Examiner, 740 East Henrietta Road, Rochester NY 14623

County of Monroe )
)
State of New York )

I, __Shenea James_____, being duly sworn do hereby affirm that I am the
(name of person making request)

__mother_____ of __Dedrick James_____
(relationship to deceased)        (name of deceased)

(Date of Birth: __November 10, 1996__    Date of Death: __September 15, 2021__ )

and as such and pursuant to New York State County Law Article 17a Section 677-3(b) am entitled to and making

application for the post mortem report generated and held by the Monroe County Medical Examiner's Office

during the course of routine business.

I understand that it is a criminal offense to make false representations and/or statements relative to this release. I

further understand that no items will be released until the report has been declared Final and payment of

$40.00 USD has been received by the Medical Examiner's Office. This form is subject to review prior to any release.

*Shenea James*    8/25/23
Signature of Applicant        Date

Subscribed and sworn before me this

__25th__ day of __August__, __2023__

by __Shenea James__
(applicant's name)

*Victoria E. Pellett*
Notary Public

**VICTORIA E. PELLETT**
**Notary Public, State of New York**
No. 01PE4956226
Qualified in Monroe County *2025*
Commission Expires September 11, ~~2843~~

Please indicate name and address/phone of recipient:

Name: __Roth & Roth, LLP__

Address: __192 Lexington Ave, Suite 802__

City/State: __New York, NY__

Zip Code: __10016__

Telephone: __212-425-1020__

MCOME-023 (06/07/2021)

21-2953
pd

sent
10/18/23

**RECEIVED**

OCT 1 1 2023

**MONROE COUNTY**
**MEDICAL EXAMINER'S OFFICE**

00001059

RECEIVED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

OFFICE OF SPECIAL INVESTIGATION

September 21, 2021

Nadia Granger, MD
Medical Examiner
Monroe County Medical Examiner's Office
740 E. Henrietta Road
Rochester, New York 14623

> **RE:** *Dedrick James (dob: 11/10/1996)*

Dear Dr. Granger:

Pursuant to Executive Law § 70-b, the New York State Office of the Attorney General ("OAG") has jurisdiction to investigate and, if necessary, prosecute any alleged criminal offense committed by certain law enforcement members that causes the death of another person. In order to determine whether death of the person referenced above falls within this jurisdiction, we are requesting that you provide the full autopsy report when it is complete.

Please feel free to contact me if you have any questions.

Sincerely,

x James Marra

James Marra
Investigative Counsel
Office of Special Investigation
NYS Office of the Attorney General
350 Main Street, Suite 300A
Buffalo, NY 14202
T: 716-853-8470
M: 646-771-7206
E: james.mara@ag.ny.gov



RECEIVED
21-2953
SEP 2 1 2021

MONROE COUNTY
MEDICAL EXAMINER'S OFFICE

**00001061**

00001062



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

OFFICE OF SPECIAL INVESTIGATION

September 21, 2021

Nadia Granger, MD
Medical Examiner
Monroe County Medical Examiner's Office
740 E. Henrietta Road
Rochester, New York 14623

     *RE:*   *Dedrick James (dob: 11/10/1996)*

Dear Dr. Granger:

    Pursuant to Executive Law § 70-b, the New York State Office of the Attorney General ("OAG") has jurisdiction to investigate and, if necessary, prosecute any alleged criminal offense committed by certain law enforcement members that causes the death of another person. In order to determine whether death of the person referenced above falls within this jurisdiction, we are requesting that you provide the full autopsy report when it is complete.

    Please feel free to contact me if you have any questions.

Sincerely,

x James Marra

James Marra
Investigative Counsel
Office of Special Investigation
NYS Office of the Attorney General
350 Main Street, Suite 300A
Buffalo, NY 14202
T: 716-853-8470
M: 646-771-7206
E: james.mara@ag.ny.gov



RECEIVED
SEP 27 2021
By 21-2953

**00001063**

00001064

**Luedke, Julie A**

---

| | |
|---|---|
| **From:** | Fleming, Brendon S |
| **Sent:** | Thursday, September 23, 2021 5:14 PM |
| **To:** | Luedke, Julie A |
| **Cc:** | Zerby, Robert J |
| **Subject:** | RE: James, Dedrick |

I have reviewed further, and yes, it is acceptable pursuant to the authority offered by NYAG—NY Exec. Law § 70-b—and is consistent with past practice that OME provides such records to NYAG under County Law 677 where NYAG stands in the shoes of the district attorney of the county of jurisdiction.

Adding Bob so you're both in the loop as I believe you are not in the office today or tomorrow.

**Brendon S. Fleming**
Senior Deputy County Attorney
Monroe County Law Department
585-753-1492

*CONFIDENTIALITY / PRIVILEGED NOTICE - The information contained in this email may be legally protected by the attorney/client privilege and/or work product doctrine. If you are not the intended recipient, please do not read, use, disclose, copy, or disseminate this information. Also, please notify the sender immediately by reply email and destroy all copies of the original message, including attachments. Service of process by email or fax is not accepted.*

**From:** Fleming, Brendon S
**Sent:** Tuesday, September 21, 2021 8:44 PM
**To:** Luedke, Julie A <JLuedke@monroecounty.gov>
**Subject:** RE: James, Dedrick

I need some more context concerning this case to evaluate this request. Let's discuss.

**Brendon S. Fleming**
Senior Deputy County Attorney
Monroe County Law Department
585-753-1492

*CONFIDENTIALITY / PRIVILEGED NOTICE - The information contained in this email may be legally protected by the attorney/client privilege and/or work product doctrine. If you are not the intended recipient, please do not read, use, disclose, copy, or disseminate this information. Also, please notify the sender immediately by reply email and destroy all copies of the original message, including attachments. Service of process by email or fax is not accepted.*

**From:** Luedke, Julie A <JLuedke@monroecounty.gov>
**Sent:** Tuesday, September 21, 2021 3:57 PM
**To:** Fleming, Brendon S <BrendonFleming@monroecounty.gov>
**Subject:** James, Dedrick

Hi Brendon

Does this request meet the needs in order to send info to the AG's office ?

1

00001066

Thanks,

- Julie



**Julie Luedke**
Confidential Assistant to the Medical Examiner
Office of the Medical Examiner
Monroe County, NY
P: (585) 753-5916 | F: (585) 753-5930
jluedke@monroecounty.gov

**From:** Marra, James <James.Marra@ag.ny.gov>
**Sent:** Tuesday, September 21, 2021 3:54 PM
**To:** Luedke, Julie A <JLuedke@monroecounty.gov>
**Cc:** Gonzalez, Dennis <Dennis.Gonzalez@ag.ny.gov>
**Subject:** Monroe County ME Autopsy Request Letter - JAMES OSI21-099

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~~~~~

Julie,

Attached please find an Autopsy Request related to the captioned file.

A hard copy will be send in the mail.

Please do not hesitate to contact me with any questions or concerns.

Regards,

James Marra | Investigative Counsel
Office of Special Investigation
New York State Office of the Attorney General
350 Main Street, Suite 300A
Buffalo, NY 14202
Tel: (716) 853-8470| Fax: (716) 853-8550 | james.marra@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

00001067

00001068

**Monroe County**
**Office of the Medical Examiner**
**Rochester, NY**

## Medical-Legal Receipt

Name:  Dedrick James                    Case Number: 21-02953

| Item | Quantity | Seal |
|------|----------|------|
| Fingerprint card | 2 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Released by: _[signature]_                    Title:  MI

Released to: _[signature]_                    Title:  aṗī. MEV

Date:  9/16/21 - 1551 hrs.                     Time:  1551 hrs

MCOME-020 (Rev. 05/20/2009)

00001069

**Monroe County**
**Office of the Medical Examiner**
**Rochester, NY**

## Medical-Legal Receipt

Name:  James, Dedrick                    Case Number:  21-2953

| Item | Quantity | Seal |
|------|----------|------|
| Certified prelmin findings including mugshot | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| RELEASED TO :  NYS AG Inv Dennis Gonzalez | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Released by:                                    Title:

Released to:                                    Title: 10/1/21

Date:                                           Time:

MCOME-020 (Rev. 05/20/2009)

**00001070**

21-2453

# NEW YORK STATE
# Department of Health

**KATHY HOCHUL**
Governor

**MARY T. BASSETT, M.D., M.P.H.**
Commissioner

**KRISTIN M. PROUD**
Acting Executive Deputy Commissioner

**REQUEST**

| | |
|---|---|
| Name of decedent: | Dedrick James |
| DOB: | 11/10/1996 |
| DOD: | 9/15/2021 |
| Manner of death: | Homicide |
| Location of death: | 6 Vinewood Place Rochester New York 14608 |
| Address of decedent: | 6 Vinewood Place Rochester New York 14608 |

**Please include the following information if available.**

- **Description of the incident**
- **Narrative or summary written**
- **Sexual Assault Examination information**
- **Toxicology report**
- **Mental Health Status/Information**
- **Suicide note**
- **Any additional information regarding the incident**

*Please send this information to:*

**Email:** nvdrs@health.ny.gov
**Fax:** 518-402-6917

Or by **mail:**
New York State Department of Health – NYVDRS
Empire State Plaza, Corning Tower, Room 1325
Albany, NY 12237

Sent 4/13/23

Thank you.

**00001071**

00001072

**Office of the Medical Examiner**
**Monroe County**
**New York**

**CASE SUMMARY**
REPORT
**Case Number:** 21-02953
**Pathologist: Christine Y. Yoo, MD**
**Pronounced:** Sep 15 2021  5:35PM
ME Case
**County/Origin:** Monroe Co.

**Name:** Dedrick James

**Date of Birth:** 11/10/1996

**Manner of Death:** Homicide
**Cause of Death:** Contact gunshot wound of the torso

**Age:** 24 Years

## FINAL FINDINGS

I. Contact gunshot wound of the torso
   a. Entrance: medial left side of the upper chest; evidence of close range discharge of a firearm (faint soot searing)
   b. Injury: skin, sternum, pericardium, heart, left lung, and left ribs 10 and 11 (divots)
   c. Recovered: deformed jacketed projectile from the soft tissue of the left side of the lower back
   d. Direction: front to back and downward
   e. Associated injuries: hemorrhage along the wound path, left hemothorax (2000 mL), hemopericardium (30 mL), and contusions of the right and left lungs
II. Additional injuries
   a. Abraded lacerations of the lips
   b. Abrasion and contusion of the right side of the neck and midline upper chest
   c. Abrasions of the wrists

*Christine Y. Yoo* 3/3/2023

Christine Y. Yoo, MD
Associate Medical Examiner

**00001073**

**Office of the Medical Examiner**
**Monroe County**
**New York**



**AUTOPSY**
REPORT
**Case Number:** 21-02953
**Pathologist:** Christine Y. Yoo, MD
ME Case
**County/Origin:** Monroe Co.

| | | | |
|---|---|---|---|
| **Name:** | Dedrick James | **Date of Birth:** | 11/10/1996 |
| **Residence:** | 6 Vinewood Place, Rochester NY 14608 | | |
| **External Exam Start:** | Sep 16 2021 10:21AM | **External Exam End:** | Sep 16 2021 10:57AM |
| **Internal Exam Start:** | Sep 16 2021 11:26AM | **Internal Exam End:** | Sep 16 2021 11:57AM |

### GROSS FINDINGS

#### POSTMORTEM EXAMINATION:
An autopsy is performed on the body of Dedrick James on the 16th day of September, 2021, commencing at 10:21 AM.

The body is received in a sealed body bag, seal #0001162 which is opened on September 16th, 2021 at 10:22 AM by Mr. J. Brown in the presence of Christine Y. Yoo, M.D.

#### EXTERNAL EXAMINATION:
The body is that of a well-developed, overweight (with a Body Mass Index of 29.13 kg/m²) adult Black male, who weighs 186 pounds, is 67 inches in length, and a reported age of 24 years at the time of examination. There is an identification tag secured to the body pouch and around the left ankle with the following handwritten information: 21-02953; Dedrick James; 9/15/2021.

The body is received clad in jeans, red and white underwear, and red, gray, and black socks. Accompanying personal effects include yellow metal bracelets (x2). Metal handcuffs are secured around the wrists with underlying abraded furrows and abrasions measuring up to 1/2 inch. The body is cold (refrigerated). Rigor mortis is fully fixed. Fixed purple-red livor mortis extends over the posterior surfaces of the body, except in areas exposed to pressure. Injuries are described above (see "Evidence of Injury/Recent Trauma"). The scalp hair is black and dyed blue-green, curly, secured into dreadlock-style braids measuring 13 inches in length over the crown, and secured by a purple hair tie. The irides are brown. The pupils are round, measuring 0.5 cm in diameter bilaterally. The corneae are clouded. The sclera of the right eye is white and the conjunctiva is clear; the sclera and conjunctiva of the left eye are congested. No petechial hemorrhages are identified on the sclerae, bulbar conjunctivae, facial skin, or oral mucosa. The nose is unremarkable. The ears are normally formed with one pierce mark in each earlobe. Beard stubble covers the upper lip and the remainder of the hair bearing face. The teeth are natural and in fair condition. The frenula are intact. The neck is unremarkable. The thorax is well developed. The abdomen is flat. The anus and back are unremarkable. The external genitalia are consistent with that of a normal adult male. The penis is retracted. The testes are bilaterally descended within the scrotum. The upper and lower extremities are well developed and symmetrical, without absence of digits. The fingernails are short to medium, mildly irregular, and intact without fracture. The toenails are medium, mildly irregular, and intact without fracture. Scars are noted on the posterior left shoulder (3/4 inch), left forearm (2 inches), left thigh (1/2 inch), and legs (up to 3/4 inch). Tattoos are noted on the upper chest, right arm, left arm, and left forearm.

#### EVIDENCE OF RECENT MEDICAL/SURGICAL INTERVENTION:
A nasopharyngeal airway is in the right external naris. An occlusive bandage is affixed over a wound of the left side of the upper chest. Electrocardiogram pads are affixed to the anterior torso, left shoulder, and lower extremities.

00001074

**Office of the Medical Examiner**
**Monroe County**
**New York**



**AUTOPSY**
REPORT
**Case Number:** 21-02953
**Pathologist:** Christine Y. Yoo, MD
ME Case
**County/Origin:** Monroe Co.

## EVIDENCE OF INJURY/RECENT TRAUMA:

I.  Contact gunshot wound of the torso

A gunshot entrance wound is on the medial left side of the upper chest, located 13-1/2 inches below the top of the head and 1-3/4 inches left of the anterior torso midline. The defect measures 1/2 inch with a circumferential marginal abrasion measuring up to 3/16 inch wide extending to a squared off area measuring 1/2 x 3/8 inch at the 10-11 o'clock position. Faint soot searing is noted along the wound edges. The projectile injures skin, sternum between ribs 2 and 3 (1-1/2 inch defect with fracture), pericardium, heart (base of left ventricle/aortic valve: 1-1/2 inches and posterior left ventricle: 1 inch with injury to left main artery and left anterior descending artery), medial lower lobe of the left lung (3/4 inch and 1/2 inch defects), and posterior left 10th intercostal space (divots of left ribs 10 and 11). A deformed jacketed projectile is recovered from the soft tissue of the left side of the lower back. The wound path is directed front to back and downward with no right/left deviation. Associated injuries include hemorrhage along the wound path, left hemothorax (2000 mL), hemopericardium (30 mL), and contusions of the upper lobe of the left lung (1-1/2 inches), lower lobe of the left lung (4 inches), and medial upper lobe of the right lung (2 inches).

II.  Additional injuries

Abraded lacerations are on the on upper (1/4 inch) and lower (3/16 inch) inner lips. Abrasions are on the right side of the neck (1/4 inch, triangular shaped) and midline upper chest (1-1/2 inches). Contusions are on the right side of the neck (1 inch) and medial right side of the upper chest (1 inch).

## INTERNAL EXAMINATION:

### BODY CAVITIES:
See "Evidence of Injury/Recent Trauma"). The body is opened with a standard Y-shaped incision. No adhesions are in any of the body cavities. All body organs are present in normal and anatomic position.

### CENTRAL NERVOUS SYSTEM:
The scalp is without laceration or hemorrhage. The skull is intact. The brain weighs 1422 grams. The dura mater and falx cerebri are intact and not adherent to the surface of the brain. The leptomeninges are thin and delicate. There is no epidural, subdural, or subarachnoid hemorrhage. The cerebral hemispheres are symmetrical. The structures at the base of the brain, including cranial nerves and blood vessels, arise normally and are free of abnormality. Sections through the cerebral hemispheres reveal no lesions within the cortex, subcortical white matter, or deep parenchyma of either hemisphere. The cerebral ventricles are of normal caliber. Sections through the brain stem and cerebellum are unremarkable.

### NECK:
Examination of the soft tissues of the neck, including strap muscles and large vessels, reveals no abnormalities. The hyoid bone and larynx are intact. Serial examination of the tongue is unremarkable.

### CARDIOVASCULAR SYSTEM:
See "Evidence of Injury/Recent Trauma". The heart weighs 358 grams. The pericardial sac is free of adhesions. Where uninjured, the epicardial surfaces are smooth and glistening. Where uninjured, the coronary arteries arise normally and follow the distribution of a right dominant pattern with no significant arteriosclerosis. The chambers and valves bear the usual positional relationship. The following circumferential valve measurements are obtained: tricuspid valve, 12 cm; pulmonic valve, 6.5 cm; mitral valve, 8 cm; and aortic valve, 6 cm. Where uninjured, the myocardium is dark red-brown, firm, and free of local or regional fibrosis, erythema, pallor, or softening. The atrial and ventricular septa are intact and the septum and free walls are free of muscular bulges. The left ventricle measures 1.5 cm and the right ventricle measures 0.3 cm in thickness as measured 1 cm below the respective atrioventricular valve annulus. The interventricular septum thickness is 1.4 cm. The aorta and its major branches arise normally and follow the usual course, with no significant atherosclerosis. The vena cava and its major tributaries return to the heart in the usual distribution and are unremarkable.

00001075

**Office of the Medical Examiner**
**Monroe County**
**New York**

**AUTOPSY**
REPORT
**Case Number:** 21-02953
**Pathologist:** Christine Y. Yoo, MD
ME Case
**County/Origin:** Monroe Co.

**RESPIRATORY SYSTEM:**
See "Evidence of Injury/Recent Trauma". The right and left lungs weigh 595 and 267 grams, respectively. Where uninjured, the pleural surfaces are smooth and glistening. The upper and lower airways are unobstructed, and the mucosal surfaces are smooth and yellow-tan. Where uninjured, the pulmonary parenchyma is dark red-purple and cut surfaces exude slight to moderate amounts of blood and frothy fluid. The pulmonary arteries are normally developed and patent. Specifically, no thromboemboli are seen.

**HEPATOBILIARY SYSTEM:**
The liver weighs 1379 grams. The hepatic capsule is smooth, glistening, and intact, covering pale brown parenchyma. The gallbladder contains a moderate amount of dark green watery bile without stones. The extrahepatic biliary tree is patent.

**GASTROINTESTINAL SYSTEM:**
The esophagus is lined by gray-white smooth mucosa. The gastric mucosa is arranged in the usual rugal folds and the lumen contains 20 ml of thin brown fluid with partially digested food fragments. The small and large bowel are unremarkable. The appendix is present. The colon contains progressively formed stool. The pancreas has a normal, tan, lobulated appearance.

**GENITOURINARY SYSTEM:**
The right and left kidneys weigh 108 and 113 grams, respectively. The renal capsules are smooth, thin, semitransparent, and strip with ease from the underlying smooth, brown, firm, cortical surfaces. The cortices are of normal thickness and delineated from the medullary pyramids. The calyces, pelves, and ureters are not dilated and free of stones. The urinary bladder contains no urine; the mucosa is gray-tan and smooth. The prostate is not enlarged.

**HEMOLYMPHATIC SYSTEM:**
The spleen weighs 82 grams and has a smooth intact capsule covering red-purple, diffluent parenchyma. The splenic white pulp is grossly indistinct.

**ENDOCRINE SYSTEM:**
The thyroid gland is of normal position, size, and texture. The adrenal glands are unremarkable, with a yellow cortex and gray medulla.

**MUSCULOSKELETAL SYSTEM:**
See "Evidence of Injury/Recent Trauma". The bony framework, supporting musculature, and soft tissues show no nontraumatic abnormalities.

00001076

**Office of the Medical Examiner**
**Monroe County**
**New York**

**AUTOPSY**
REPORT
**Case Number:** 21-02953
**Pathologist:** Christine Y. Yoo, MD
ME Case
**County/Origin:** Monroe Co.

**AUTOPSY TECHNICIANS:** Ms. A. Gordon, Mr. J. Brown.

**MICROSCOPY:** None.

**TOXICOLOGY:** Heart blood, venous blood, vitreous humor.

**DNA SPECIMEN:** Blood.

**SPECIAL STUDIES:** None.

**EVIDENCE COLLECTED:** Clothing, property, body pouch and seal, fingernail clippings, pulled head hair, DNA card, handcuffs, and projectile from left side of the lower back.

**IDENTIFICATION:** The decedent is positively identified via fingerprint comparison.

**X-RAYS:** Total body radiographs reveal bony injuries and the presence of a projectile as described above (see "Evidence of Injury/Recent Trauma).

**CAUSE OF DEATH:** Contact gunshot wound of the torso. The manner of death is Homicide.

00001077



**NMS Labs**

CONFIDENTIAL

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

## Toxicology Report

**Report Issued**   10/20/2021 16:09

| | |
|---|---|
| **Patient Name** | JAMES, DEDRICK |
| **Patient ID** | 21-02953 |
| **Chain** | 21328674 |
| **Age** 24 Y | **DOB** 11/10/1996 |
| **Gender** | Male |
| **Workorder** | 21328674 |

To:   98795
Monroe County Medical Examiner's Office
Attn: Robert Zerby
740 E. Henrietta Rd
Rochester, NY  14623

**Page 1 of 3**

**Positive Findings:**

*C44   3/3/2023*

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Cotinine | Positive | ng/mL | 001 - Femoral Blood |
| 11-Hydroxy Delta-9 THC | 3.3 | ng/mL | 001 - Femoral Blood |
| Delta-9 Carboxy THC | 68 | ng/mL | 001 - Femoral Blood |
| Delta-9 THC | 30 | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 90025B | Postmortem, Expanded, Blood (Forensic) (CSA) |

**Specimens Received:**

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8.75 mL | 09/16/2021 11:32 | Femoral Blood | 21-02953 |
| 002 | Gray Top Tube | 11.75 mL | 09/16/2021 11:32 | Heart Blood | 21-02953 |
| 003 | Red Top Tube | 5.25 mL | 09/16/2021 11:32 | Vitreous Fluid | 21-02953 |

All sample volumes/weights are approximations.
Specimens received on 09/18/2021.

00001078

Case 6:23-cv-06057-MAV-MJP Document 68-13 Filed 07/29/25 Page 24 of 75
CONFIDENTIAL

Workorder 21328674
Chain 21328674
Patient ID 21-02953

Page 2 of 3

**NMS**
LABS

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Cotinine | Positive | ng/mL | 200 | 001 - Femoral Blood | LC/TOF-MS |
| 11-Hydroxy Delta-9 THC | 3.3 | ng/mL | 1.0 | 001 - Femoral Blood | LC-MS/MS |
| Delta-9 Carboxy THC | 68 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Delta-9 THC | 30 | ng/mL | 0.50 | 001 - Femoral Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. 11-Hydroxy Delta-9 THC (Active Metabolite) - Femoral Blood:

   11-Hydroxy Delta-9 THC is an active intermediate metabolite of tetrahydrocannabinol (THC) the active component of marijuana. Usual peak levels: Less than 10% of THC levels after smoking.

2. Cotinine (Nicotine Metabolite) - Femoral Blood:

   Cotinine is a metabolite of nicotine and may be encountered in the fluids and tissues of an individual as a result of tobacco exposure.

   Anabasine is a natural product occurring in tobacco, but not in pharmaceutical nicotine and a separate test for anabasine in urine can be used to distinguish tobacco from pharmaceutical nicotine use.

   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

3. Delta-9 Carboxy THC (Inactive Metabolite) - Femoral Blood:

   Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

4. Delta-9 THC (Active Ingredient of Marijuana) - Femoral Blood:

   Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

   Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
   THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

CERTIFICATION: Pursuant to New York Criminal Procedure Law Section 190.30(2), I certify that this report was made by me or is a true copy thereof for testing conducted at NMS Laboratories. I further certify that I am authorized by NMS Laboratories to make this certification.

For discovery information according to NY Article 245, please email the workorder number (upper right portion of this report) to ExpertServices@NMSLabs.com as soon as possible. Once collated, the information may be accessed via NMS Labs secure web portal.

NMS v.22.0

![NMS LABS logo]

CONFIDENTIAL

**Workorder** 21328674
**Chain** 21328674
**Patient ID** 21-02953

Page 3 of 3

Workorder 21328674 was electronically
signed on 10/20/2021 15:11 by:

Erik Flail, B.A.
Certifying Scientist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52198B - Cannabinoids Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 90025B - Postmortem, Expanded, Blood (Forensic) (CSA) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits included in this screen, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

00001080

00001081

County of Monroe
Office of the Medical Examiner
Rochester, New York

James, Dedrick

ANATOMIC DIAGRAM
FULL BODY, MALE ANTERIOR AND POSTERIOR VIEWS

CASE NUMBER: 21-02953

PRONOUNCED: 09/15/2021 17:35



Initials/Date:_____

00001082

Decedent name: _____
Case number: 2953
Seal info: #000 1162 by JB @ 1022
Attendees: _____

External date/time: 9/16 1021 1057
Internal date/time: 1126 - 1057
Techs: _____
ID info: Pending/Prints/X-rays/Dental/DNA

## OFFICE OF THE MEDICAL EXAMINER
## MONROE COUNTY, NEW YORK

Height: ___ Weight: ___ BMI: ___ Ethnicity: W/B/A/Al/H _____
ID tag location/info: 2953

Habitus: well-developed/well-nourished/obese/overweight/thin/underweight

Temp: warm/cool/cold (refrigerated)   Rigor: absent/fully/partially fixed/receding   Clothing:

Livor: absent/blanchable/fixed; anterior/posterior/R/L

Hair: Color ___ curly/wavy/straight; length: 12

Eyes: Irides: ___ AS; Pupils: R ___ : L ___   TN: R/L.

Corneae: translucent/clouded; Sclerae: white/icteric/ ___   Property:

Conjunctivae: clear/injected/congested; Petechiae: ___

Nose: ___ ; Ears: ___ ; R ___ : L ___

Mustache: no/stubble/hirsute; ___ ; length: ___   Beard: no/stubble/hirsute; ___ ; length: ___

Teeth: natural/irr absent/edentulous; good/adequate/poor: dentures: yes/no; upper/lower/partial; Frenula: ___

Chest: ↑AP  Genitalia: ♂: circ: yes/no; testes: R + ; L + ; ♀: ; normal Breasts: mass:+/- ___

Abdomen: F/S/O/P  Pubic hair: color: ___ ; curly/wavy/straight; untrimmed/shaved/trimmed ___

Extremities: well-developed/symmetrical/amputations: ___

Senile purpura: yes/no ___   Fingernails: ___ : Toenails: ___

Cavities: R chest ___ L chest 200cc ___ Pericardial 30 ___ Peritoneal ___

Brain: 1412 g: ___

Heart: 350 g; right/left/co-dominant ___                                PFO/PDA

RCA: ___        RV: 0.3        TV: 12        Micro: ___
LM: ___         LV: 1.5        PV: 0.5
LAD: ___        IVS: 1.4       MV: 8
LCx: ___        Aorta: ___     AV: 6

Lungs: R 595 g; L 267 g: ___

Liver: 1379 g; GB +/-/stones ___

Gastric: 20 ml rugae/autolyzed; GI: ___                                Appendix ⊙

Kidneys: R 108 g; L 113 g; ___                                Urine: ∅ ml

Genitalia: ___

Spleen: 82 g; firm/stiff/indis/disc ___ ; Thymus: ___ g;   Evidence: clothing/property/handbags/pouch

Thyroid: unrem/ ___ : Adrenals: unrem/ ___   scalp/fingernail clippings/pulled head hair

Skeletal/ribs: ___   DNA/sexual offense kit w/wo clippings

Resuscitative injuries: ___   fingerprints/palm prints/projectile/ligature

DNA specimen: Blood/Buccal: Tissue ___ ; None   drugs/paraphernalia/other handcuffs

Chemistry/Cultures/Special studies ___

Radiographs: (head/chest/abdomen/pelvis/extremity/total body)

Tox: SVMS/OME: heart bld ✓; ven bld ✓; vit ✓; gastric ___ ; bile ___ ; urine ___ ; brain ___ ; liver ___ ; muscle ___ ;

DOH-1961 (8/2011)

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**

2700
REGISTER NUMBER

# CERTIFICATE OF DEATH

STATE FILE NUMBER

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX: MALE ☒1 FEMALE ☐2 | 3A. DATE OF DEATH: MONTH 09 DAY 15 YEAR 2021 | 3B. HOUR: Unknown |
|---|---|---|---|---|---|

Dedrick James

| 4A. PLACE OF DEATH: (Check one) | 4B. IF FACILITY, DATE ADMITTED: MONTH DAY YEAR |
|---|---|

HOSPITAL DOA ☐  HOSPITAL ER ☐  HOSPITAL OUTPATIENT ☐  HOSPITAL INPATIENT ☐  NURSING HOME ☐  PRIVATE RESIDENCE ☒  HOSPICE FACILITY ☐  OTHER (Specify) ☐

| 4C. NAME OF FACILITY: (If not facility, give address) | 4D. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐ Rochester | 4E. COUNTY OF DEATH: |
|---|---|---|

6 Vinewood Place · Monroe

| 4F. MEDICAL RECORD NO. | 4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☒ YES ☐ |
|---|---|

**DECEDENT**

| 5. DATE OF BIRTH: MONTH DAY YEAR | 6A. AGE IN YEARS: | 6B. IF UNDER 1 YEAR ENTER: months days | 6C. IF UNDER 1 DAY ENTER: hours minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|
| | yrs. | | | UNRECORDED | |

8. SERVED IN U.S. ARMED FORCES? (Specify years) NO ☐  YES ☐

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino.
A ☐ No, not Spanish/Hispanic/Latino    B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican    D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be.
A ☐ White/Caucasian   B ☐ Black or African American   C ☐ Asian Indian   D ☐ Chinese
E ☐ Filipino   F ☐ Japanese   G ☐ Korean   H ☐ Vietnamese
J ☐ Native Hawaiian   K ☐ Guamanian or Chamorro   M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)   R ☐ Other Pacific Islander (specify)
S ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.
1 ☐ ≤ 8th grade   2 ☐ 9th-12th grade; no diploma   3 ☐ High school graduate or GED
4 ☐ Some college credit, but no degree   5 ☐ Associate's degree   6 ☐ Bachelor's degree
7 ☐ Master's degree   8 ☐ Doctorate/Professional degree

| 12. SOCIAL SECURITY NUMBER: | 13. MARITAL STATUS: NEVER MARRIED ☐1  MARRIED ☐2  WIDOWED ☐3  DIVORCED ☐4  SEPARATED ☐5 | 14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated |
|---|---|---|

| 15A. USUAL OCCUPATION: (Do not enter retired) | 15B. KIND OF BUSINESS OR INDUSTRY: | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: |
|---|---|---|

| 16A. RESIDENCE: (State or Country if not USA) NY | 16B. County or Region/Province if not USA: | 16C. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐ | 16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐YES  ☐NO  IF NO, SPECIFY TOWN: |
|---|---|---|---|
| 16D. STREET AND NUMBER OF RESIDENCE: | | 16E. ZIP CODE: | |

| 17. BIRTH NAME OF FATHER / PARENT: FIRST MI LAST | 18. BIRTH NAME OF MOTHER / PARENT: FIRST MI LAST |
|---|---|

| 19A. NAME OF INFORMANT: | 19B. MAILING ADDRESS: (include zip code) NY |
|---|---|

**DISPOSITION**

| 20A. 1 ☐ BURIAL  2 ☐ CREMATION  3 ☐ REMOVAL  4 ☐ HOLD  5 ☐ DONATION  6 ☐ ENTOMBMENT  MONTH DAY YEAR | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION. | 20C. LOCATION: (City or town and state) |
|---|---|---|

| 21A. NAME AND ADDRESS OF FUNERAL HOME: | 21B. REGISTRATION NUMBER: |
|---|---|

| 22A. NAME OF FUNERAL DIRECTOR: | 22B. SIGNATURE OF FUNERAL DIRECTOR: ▶ | 22C. REGISTRATION NUMBER: |
|---|---|---|

| 23A. SIGNATURE OF REGISTRAR: ▶ | 23B. DATE FILED: MONTH DAY YEAR | 24A. BURIAL OR REMOVAL PERMIT ISSUED BY: | 24B. DATE ISSUED: MONTH DAY YEAR |
|---|---|---|---|

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**CERTIFIER**

| 25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated. Certifier's Name: Christine Yoo, ME | License No.: 289466 | Signature: Christine Yoo, ME ▶ Electronically Signed | Month 09 | Day 16 | Year 2021 |
|---|---|---|---|---|---|

Certifier's Title: 0 ☐ Attending Physician   0 ☐ Physician acting on behalf of Attending Physician
1 ☐ Coroner   2 ☒ Medical Examiner / Deputy Medical Examiner
Address: 740 E Henrietta Road, Rochester, NY 14623

| 25B. If coroner is not a physician, enter Coroner's Physician's name & title: | License No.: | Signature: ▶ | Address: |
|---|---|---|---|

| 25C. If certifier is not attending physician, enter Attending Physician's name & title: | License No.: | Signature: ▶ | Address: |
|---|---|---|---|

| 26A. Attending physician attended deceased: FROM Month Day Year TO Month Day Year | 26B. Deceased last seen alive by attending physician: Month Day Year | 26C. Pronounced Dead ON Month 09 Day 15 Year 2021 AT Time 05:35 PM |
|---|---|---|

| 27. MANNER OF DEATH: NATURAL CAUSE ☐1  ACCIDENT ☐2  HOMICIDE ☒3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6 | 28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? 0 ☐ NO  1 ☒ YES | 29A. AUTOPSY? NO ☐0  YES ☒1  REFUSED ☐2 | 29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? 0 ☐ NO  1 ☒ YES |
|---|---|---|---|

**CONFIDENTIAL**            SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH            **CONFIDENTIAL**

**CAUSE OF DEATH**

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

| PART I. IMMEDIATE CAUSE: | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| (A) Contact gunshot wound of the torso | | minutes |
| DUE TO OR AS A CONSEQUENCE OF: | | |
| (B) <<<>>> | | <<<>>> |
| DUE TO OR AS A CONSEQUENCE OF: | | |
| (C) <<<>>> | | <<<>>> |

| PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>> | DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☒ NO  1 ☐ YES  2 ☐ PROBABLY  3 ☐ UNKNOWN |
|---|---|

| 31A. IF INJURY, DATE: MONTH 09 DAY 15 YEAR 2021 | HOUR: Unknown | 31B. INJURY LOCALITY: (City or town and county and state) Rochester, Monroe, NY | 31C. DESCRIBE HOW INJURY OCCURRED: firearm discharge during struggle with | 31D. PLACE OF INJURY: private residence | 31E. INJURY AT WORK? NO ☒0  YES ☐1 |
|---|---|---|---|---|---|

| 31F. IF TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver-Operator  2 ☐ Passenger  3 ☐ Pedestrian  4 ☐ OTHER (specify) | 32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS? NO ☐0  YES ☐1 | 33A. IF FEMALE: 0 ☐ Not pregnant within last year  1 ☐ Not pregnant, but pregnant 43 days to 1 year before death | 1 ☐ Pregnant at time of death  2 ☐ Not pregnant, but pregnant within 42 days of death  3 ☐ Unknown if pregnant within past year | 33B. DATE OF DELIVERY: MONTH DAY YEAR |
|---|---|---|---|---|

NOTE: This certificate is NOT VALID unless it has been signed by the Registrar of Vital Statistics.

00001084

Monroe County
Office of the Medical Examiner
Rochester, New York

Report of Investigation
ME Case

| | | | | | |
|---|---|---|---|---|---|
| **CALL INFO** | NAME OF DECEASED (LAST, FIRST MIDDLE)<br>**James, Dedrick** | | COUNTY/ORIGIN<br>**Monroe Co.** | | CASE NUMBER<br>**21-02953** |
| | INVESTIGATOR<br>Alexandra Novak | REPORTED BY<br>Sgt. Rivera | REPORTING AGENCY<br>Rochester Police Department | | REFERENCE NUMBER |
| | CALL DATE AND TIME<br>09/15/2021 16:45 | DISPATCH DATE AND TIME<br>09/15/2021 16:56 | ARRIVAL DATE AND TIME<br>09/15/2021 17:12 | | DEPART DATE AND TIME<br>09/15/2021 17:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DECEDENT** | LAST KNOWN ALIVE<br>09/15/2021 10:39 | DATE OF BIRTH<br>11/10/1996 | AGE<br>24 Years | GENDER<br>Male | RACE<br>Black | HISPANIC?<br>☐ Yes ☒ No |
| | RESIDENCE (STREET, CITY, STATE, ZIP)<br>6 Vinewood Place, Rochester NY 14608 | | | COUNTY<br>Monroe | TELEPHONE NO. | |
| | MARITAL STATUS<br>Single | SOCIAL SECURITY NUMBER<br>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 | NAME ALIAS (AKA) | | | |
| | REGULAR PHYSICIAN (PRIMARY MEDICAL DOCTOR)<br>None, | | | | | |

| | | | |
|---|---|---|---|
| **DEATH** | LOCATION OF DEATH<br>- Private Residence | | |
| | ADDRESS (STREET, CITY, STATE, ZIP)<br>6 Vinewood Place, Rochester NY 14608 | COUNTY<br>Monroe | |
| | PRONOUNCED BY<br>Robert J. Zerby, Jr. | AGENCY<br>Monroe County Office of the Medical Examiner | PRONOUNCED DATE AND TIME<br>09/15/2021 17:35 |

| | | | | |
|---|---|---|---|---|
| **INCIDENT** | LOCATION OF INCIDENT<br>Bathroom of | | | AT WORK ☐ |
| | ADDRESS (STREET, CITY, STATE, ZIP)<br>6 Vinewood Place, Rochester NY 14608 | COUNTY<br>Monroe | INCIDENT DATE<br>09/15/2021 | |
| | INVESTIGATING AGENCY<br>Rochester Police Department | CR #<br>21-204327 | OFFICERS<br>David Joseph | |

CIRCUMSTANCES OF DEATH

RPD: 24 y/o male who was being served a warrant for assault 2nd, when he pulled a gun on the responding officers and ran into the bathroom. A struggle between law enforcement, and the subject ensued, and the subject's firearm discharged, and subsequently struck the subject. Jurisdiction accepted; hands not bagged in order to preserve handcuff evidence.

PROPERTY
☒ Yes ☐ No

| | | |
|---|---|---|
| **NOTIFICATION** | LEGAL NEXT OF KIN<br>Shenea James | RELATIONSHIP<br>Mother |
| | ADDRESS (STREET, CITY, STATE, ZIP)<br>499 Loden Lane, Henrietta NY 14623 | TELEPHONE NO.<br>(585) 967-1318 |
| | NOTIFICATION CONFIRMED BY<br>Alexandra Novak | METHOD<br>Telephone |
| | | DATE AND TIME<br>10/06/2021 15:46 |
| | IDENTIFIED BY<br>Kathy King | METHOD<br>Fingerprints |
| | | DATE AND TIME<br>09/16/2021 16:18 |

| | | | |
|---|---|---|---|
| **DISPOSITION** | TRANSPORTED TO MEO BY<br>980 | FUNERAL HOME<br>D M Williams Funeral Home Inc | FUNERAL HOME TELEPHONE NO.<br>(585) 247-0430 |
| | CERTIFICATE ISSUED BY<br>Christine Y. Yoo, MD | MANNER OF DEATH<br>Homicide | TYPE OF EXAM<br>Full |
| | CAUSE OF DEATH<br>Contact gunshot wound of the torso | | |
| | DUE TO OR AS A CONSEQUENCE OF<br>2. | PART II (OTHER SIGNIFICANT CONDITIONS) | |
| | DUE TO OR AS A CONSEQUENCE OF<br>3. | | |

| PUBLIC ADMINISTRATOR'S CASE?<br>☐ Yes ☒ No | RESIDENCE STATUS? | KEYS HELD AT MEO?<br>☐ Yes ☒ No | PUBLIC ADMINISTRATOR NOTIFIED?<br>☐ Yes ☒ No |
|---|---|---|---|

00001086

**Office of the Medical Examiner**
**Monroe County**
**New York**



**CASE NARRATIVE**
REPORT
**Case Number:** 21-02953
**Investigator:** Alexandra Novak
**Call Date/Time:** 09/15/2021 16:45
ME Case
**County/Origin:** Monroe Co.

**Name:**   Dedrick James

**Date of Birth:**   11/10/1996

**Residence:**   6 Vinewood Place, Rochester NY 14608

## SUMMARY OF INVESTIGATION

This office was contacted by Sgt. Rivera from the Rochester Police Department (RPD), to report the death of a single, 24-year-old black male. After being informed of the circumstances, this Investigator, along with Chief Medical Investigator Zerby, and Medical Investigator Taylor responded to the scene in order to perform a more thorough investigation.

**Scene Description:**
The scene of the death occurred at 6 Vinewood Place, Rochester, NY 14608. The single family, single story residence was located in an urban residential neighborhood. Yellow colored police line tape had been set up around the perimeter of the residence, where a large gathering of family members had congregated. Upon exiting vehicle 980, we were greeted by Sgt. Rivera, Captain Umbrino, and Chief Medical Investigator Zerby who answered our questions, and provided us with a synopsis of the circumstances. We were led up onto the front porch, and entered into the residence via the front door, where we found ourselves standing in the living area. The immediate space was heavily cluttered and in a state of disarray. We proceeded down a short hallway towards the back of the residence until we came to the bathroom. The space was small, but appropriately furnished. A tub/shower stood in the far, right corner, and upon further examination of the tub, revealed a large pool of a red colored substance which appeared to be consistent with blood. One (1) .380 caliber casing was located inside of the bathtub, along with one (1) pair of handcuffs, and one (1) pair of glasses. The remains of the subject were located in a supine position on the bathroom floor. Medical Investigator Taylor captured multiple photographs of the scene.

**Body Description:**
A preliminary physical examination was performed on-scene by Chief Medical Investigator Zerby. The viewed remains were those of an adult male, who appeared to be consistent with the demographics of a 24-year-old. The subject was clad in jeans. Underwear, and socks (2). One (1) yellow metal bracelet was worn around each wrist, along with a pair of handcuffs which had been placed on the bilateral wrists as well. Medical intervention was not present. Palpation of the head revealed that it was normocephalic and atraumatic. Scalp hair was mixed in color (black and teal), long, and worn in dreads. Facial hair was not present. Irises were brown, with pupils exhibiting equal dilation. Sclera were free of congestion, petechial hemorrhages, and jaundice. An examination of the oral cavity revealed natural upper and lower dentition that were in good condition. Tattoos were observed on the bilateral arms and chest. One (1) defect was observed in the upper left side of the chest. No other forms of trauma were detected. The complexion was dark, and the remains were cool to the touch. Livor mortis was undetermined due to complexion, and rigor mortis was firm. Signs of decomposition were not detected. Chief Medical Investigator Zerby pronounced death at 1735 hours on 9/15/21.

**Circumstances:**
On the morning of 9/15/21 at approximately 1039 hours, the US Marshall's Task Force responded to the above location in order to serve an arrest warrant to the subject for an Assault 2nd charge which had originated in Wayne County. The subject's Grandmother, Betty Ervin, greeted the Task Force at the front door, where Task Force members subsequently observed the subject inside the residence. Upon seeing them at the door, the subject ran towards the back of the residence, which prompted some of the Task Force members to enter into the residence. The subject was followed into the bathroom, where it was observed that he had a gun. A physical altercation ensured, as Task Force Members attempted to disarm the subject. While struggling to disarm the subject, the S&W .380 handgun (serial # KCV7252) that

Signature

Alexandra Novak
10/8/21 SLT

**00001087**

00001088

**Office of the Medical Examiner
Monroe County
New York**



**CASE NARRATIVE**
REPORT
**Case Number:** 21-02953
**Investigator:** Alexandra Novak
**Call Date/Time:** 09/15/2021 16:45
ME Case
**County/Origin:** Monroe Co.

was in his possession (and had been stolen), fired one (1) time. Task Force Members subsequently handcuffed the subject, and placed him supine on the bathroom floor, where they observed a single wound to the upper chest. First aid was rendered, and AMR was called to the scene by the Task Force.

The subject was scientifically identified as, "Dedrick James" via fingerprint comparison which was performed on 9/16/21.

**Medical History/Medications:**
The subject was not under the care of a primary care physician (PCP) at the time of his death, and therefore, has no further medical conditions to report on.

**Next of Kin Interactions:**
The subject's mother, Shenea James, was present at the scene and aware of the death. This Investigator spoke with Ms. James while on-scene, and advised her of the next steps.

**Case Disposition:**
Jurisdiction was accepted. Suspicious death protocol was followed, however, the hands were not bagged, as to preserve the handcuff evidence. A seal was placed on the pouch (seal # 0001162) and the remains were transported back to this facility via vehicle 980, where they were subsequently placed into the intake cooler in order to await further examination by the on-duty forensic pathologist. Associate Medical Examiner, Christine Y. Yoo, MD has issued the death certificate following a post-mortem examination. The remains were released into the care of the D.M. Williams funeral home, who will be handling the final arrangements.

Signature: *Alexandra Novak*

Alexandra Novak
10/8/21 SCY

**00001089**



**Monroe County**
**Office of the Medical Examiner**
**Rochester, New York**

# CASE ADDENDUM
**Case Notes Summary**
**Case Number:** 21-02953
**Investigator:** Alexandra Novak
**Call Date/Time:** 09/15/2021 16:45
ME Case
**County/Origin:** Monroe

Name: James, Dedrick

| Date-Time/Entry Made By | Classification/Comments |
|---|---|
| 9/16/2021 12:52:00 PM<br><br>Julie Luedke | **Criminal History/Law Enforcement Contacts**<br><br>Earlier today NYS AG Inv Dennis Gonzalez requested to be present for autopsy. He provided email address for direct contact as dennis.gonzalez@ag.ny.gov. Death confirmation will be sent to this address once available. He will work with the assigned attorney to request prelim autopsy/photos. |
| 9/16/2021 2:16:00 PM<br><br>Julie Luedke | **Criminal History/Law Enforcement Contacts**<br><br>Requested prints to make ID from RPD - asked that someone respond to this office and perform a comparison |
| 9/16/2021 2:36:00 PM<br><br>Julie Luedke | **Criminal History/Law Enforcement Contacts**<br><br>RPD unavailable to do print comparison for next 3 days. |
| 9/16/2021 2:37:00 PM<br><br>Julie Luedke | **Criminal History/Law Enforcement Contacts**<br><br>Called and emailed SABIS Mike Vanroo - no answer. |
| 9/16/2021 3:02:00 PM<br><br>Julie Luedke | **Criminal History/Law Enforcement Contacts**<br><br>RPD Carbonel has made available a certified set of prints at the RPD front desk, labeled ME |
| 9/16/2021 3:59:00 PM<br><br>Jessica Deyo | **Identification Activity**<br><br>Released fingerprint cards to RPD MCU Capt. Umbrino for the purpose of a fingerprint comparison. |
| 9/17/2021 7:31:00 AM<br><br>Julie Luedke | **Criminal History/Law Enforcement Contacts**<br><br>Late entry - 9/16/21 - After positive ID was made, Dr. Yoo spoke with RPD Umbrino on autopsy findings. |
| 9/17/2021 12:31:00 PM<br><br>Robert J. Zerby, Jr. | **Family/Next-of-Kin Contacts**<br><br>Contacted mother Shenea James (585-967-1318). Explained the decedent had been positively identified via fingerprint comparison. Asked about a funeral home; Ms. James reports that one has not yet been selected. She then asked about ruling stating she needs to know if it was a homicide for life insurance purposes. Provided cause of death. Further explained that in a circumstance such as this, the ME considers death during an altercation to be a homicide. I cautioned, however, that legally it would be up to the prosecutor to determine if there were to be criminal charges. |
| 9/17/2021 12:41:00 PM<br><br>Robert J. Zerby, Jr. | **Criminal History/Law Enforcement Contacts**<br><br>RPD MCU Inv. Dave Joseph called to confirmed pronouncement time. |
| 9/17/2021 12:58:00 PM<br><br>Jessica Deyo | **Criminal History/Law Enforcement Contacts**<br><br>Released all evidence to RPD Officer Jason Mueller. |
| 9/17/2021 1:24:00 PM<br><br>Robert J. Zerby, Jr. | **Criminal History/Law Enforcement Contacts**<br><br>Returned call to NYAG Inv. Dennis Gonzalez (585-910-9328). He asked about status of case. Provided that we had spoken with NOK (mother) about ID, COD/MOD and funeral home selection. Further asked if his office would be presenting official notification that the NYAG would be handling this case. He was not sure but will contact us back. |
| 9/20/2021 9:15:00 AM | **Family/Next-of-Kin Contacts** |



**Monroe County**
**Office of the Medical Examiner**
**Rochester, New York**

## CASE ADDENDUM
### Case Notes Summary
**Case Number:** 21-02953
**Investigator:** Alexandra Novak
**Call Date/Time:** 09/15/2021 16:45
ME Case
**County/Origin:** Monroe

**Name:** James, Dedrick

| Date-Time/Entry Made By | Classification/Comments |
|---|---|
| Robert J. Zerby, Jr. | Returned call to grandmother Betty Ervin (585-441-8733). After obtaining full pedigree, determined that she was seeking information on COD/MOD. She stated she had an insurance policy. I explained that mother is the immediate NOK and she should check with her for information. As it relates to the insurance, she was told it would be best to contact the insurance company and file a claim. That company would then specifically tell them what was needed to complete the filing. Ms. Ervin did provide a great amount of detail on the event and the circumstances leading up to the event. She spoke of Mr. James going to college, meeting a girl, having a baby, that baby having to go to hospital, several court hearings, and finally the events on the day of his death. |
| 9/20/2021 5:29:00 PM | **Family/Next-of-Kin Contacts** |
| Robert J. Zerby, Jr. | Returned call to mother Shenea James (585-967-1318). Reiterated having insurance company contacting us once they filed claim. Explained property items held and that they would need to work through AG to obtain, if possible. Clarified that our office has no authority about property release in such a case. |
| 9/21/2021 12:38:00 PM | **General Information** |
| Julie Luedke | Returned call to Lynette Griffith at 428-7074 - she stated family was all set. |
| 9/21/2021 12:49:00 PM | **Criminal History/Law Enforcement Contacts** |
| Julie Luedke | Returned call to NYS AG office and spoke with Inv Gonzalez at 910-9328 - he will send official request for paperwork |
| 9/22/2021 12:34:00 PM | **Criminal History/Law Enforcement Contacts** |
| Julie Luedke | NYS AG requested report - It will be sent once available. |
| 9/25/2021 8:27:00 AM | **Followup Requests/Actions Taken** |
| Kyle Wilson | Due to the case type, NOK was not directly notified of positive ID. RPD-MCU was notified. Additionally, the subject was released to the funeral home and confirmed by NOK. Associated follow-up to notify NOK was closed out. |
| 10/20/2021 9:53:00 AM | **Family/Next-of-Kin Contacts** |
| Robert J. Zerby, Jr. | Returned call to mother Shenea James (585-967-1318). Received pre-recorded messages saying "person you are trying to reach is not accepting calls at this time. Try again later." |
| 10/20/2021 1:12:00 PM | **Family/Next-of-Kin Contacts** |
| Robert J. Zerby, Jr. | Received call from mother Sheanea James (585-967-1318). Explained that property was in the custody of RPD as evidence due to circumstances of case. Advised that she call RPD HQ 585-428-6720 to be directed to property individual to discuss item release. |
| 2/2/2022 2:59:00 PM | **Criminal History/Law Enforcement Contacts** |
| Robert J. Zerby, Jr. | Returned call to a NYSP PSD Lt. Brian McCaffy (sp) (585-797-4459). He was seeking final autopsy report. Explained that we do not release autopsy reports to police agencies, pursuant to NY County Law. He indicated that he will make note of that. I did follow up with a call to RPD Captain Umbrino as Lt. McCaffy indicated that he had received a copy of the provisional report from him. Also I wanted to confirm the Lt's. identify; Captain Umbrino was able to verify that the caller is affiliated with the NYSP. |
| 2/4/2022 1:56:00 PM | **Criminal History/Law Enforcement Contacts** |
| Robert J. Zerby, Jr. | Received call from NY AG Detective Dennis Gonzales checking status. Advised case not yet final. |
| 2/17/2022 10:28:00 AM | **Criminal History/Law Enforcement Contacts** |
| Robert J. Zerby, Jr. | Received call from NYAG Inv. Dennis Gonzales asking status of report. Advised him that it is not yet final. |
| 3/3/2023 1:15:00 PM | **Criminal History/Law Enforcement Contacts** |
| Jillian M Burgen | Spoke with PA PD, James Poliskiew 570-619-6480. Subject has warrant out for his arrest in PA and PD was looking for death confirmation. Emailed and recorded in CME. |

**00001092**

**Monroe County**
**Office of the Medical Examiner**
**Rochester, New York**



# CASE ADDENDUM

**Case Notes Summary**
**Case Number:** 21-02953
**Investigator:** Alexandra Novak
**Call Date/Time:** 09/15/2021 16:45
ME Case
**County/Origin:** Monroe

**Name:** James, Dedrick

| Date-Time/Entry Made By | Classification/Comments |
| --- | --- |

**00001093**

Monroe County Department of Health
Office of the Medical Examiner

# NON-VISUAL IDENTIFICATION OF BODY

COUNTY OF MONROE
STATE OF NEW YORK

Identifier Information:

Name: *Kathy King*

Address: 185 Exchange Blvd.

City, State, Zip Code: Rochester, NY 14614          Telephone: 585-753-5905

The identifier named above attests that he/she is employed by or serves upon request of the Monroe County Office of the Medical Examiner.

The identifier further attests that they have seen the body, or representation thereof, that was found at

6 Vinewood Place
Indicate where body found
in the City/Town/Village of

Rochester
City/Town/Village
on 09/15/2021
Date found
and subsequently sent to

Monroe County Office of the Medical Examiner and has every reason to believe that the body
Body removed to

is that of: *DEDRICK JAMES*
Name of Decedent

Signed: _____

Date of Identification: 09/16/2021          Time: 1618

Identified to: Robert Zerby          Title: Medical Investigator

Identified at: 185 Exchange Blvd., Rochester NY 14614

Identification procedure used: (indicate method used below)

[✓] Fingerprint comparison   [ ] Dental examination/comparison   [ ] Medical/surgical record comparison

[ ] Other (specify): _____

Revised: January 23, 2018          Case Number: 21-02953

**00001094**

## County of Monroe
### Office of the Medical Examiner
### Evidence / Property Sheet

| Case Name: Dedrick James | Case Number: 21-0253 | |
|---|---|---|
| Collection Site: Scene | | |
| Collected by: Scott Alexandra Nuwe | Date: 9/15/21 | Time: 1748 |
| Police agency: R PD | CR Number: 21-264327 | |

| item | Description of Evidence/Property | (include container, size, color, etc...) |
|---|---|---|
| 1 | Remains as found | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Collection of above items witnessed by:

| Name C. KALTENBACH | Title/Agency RPD - TECH | Date/Time 9/18/21  1748 |
|---|---|---|

Chain of Custody:

| Item(s) | Presented By | Received By | Agency | Date/Time |
|---|---|---|---|---|
| 1 | Alexandra Nuwe | Intake cooler | MCOME | 9/15/21 1815 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Evidence/Property Sheet (Rev. 04/21/2016)

Page 1 of 1

**00001095**

00001096

**County of Monroe**
**Office of the Medical Examiner**
**Evidence / Property Sheet**

| Case Name: Dedrick James | Case Number: 21-02953 |
|---|---|

Collection Site: Mcome At Autopsy

Collected by: Joshua Brown

| Date: 09/16/21 | Time: 10:21 |
|---|---|

Police agency: RPD

CR Number: 21-0204327

| Item | Description of Evidence/Property (include container, size, color, etc...) |
|---|---|
| 1 | Seal # 0001162 from Body Bag |
| 2 | Pulled Head Hair |
| 3 | Fingernail Clippings (Right hand) |
| 4 | Fingernail Clippings (left hand) |
| 5 | Body Bag |
| 6 | Yellow Metal Braclet |
| 7 | Yellow Metal bracelet with Plate |
| 8 | Handcuffs |
| 9 | Hairtie |
| 10 | Socks x2 |
| 11 | Underwear |
| 12 | Jeans |

Collection of above items witnessed by:

| Name | Title/Agency | Date/Time |
|---|---|---|
| | | |

Chain of Custody:

| Item(s) | Presented By | Received By | Agency | Date/Time |
|---|---|---|---|---|
| 1-12 | Joshua Brown | Drying Room | Mcome | 09/16/21 11:04 |
| 1-12 | Drying Room | Joshua Brown | Mcome | 09/17/21 12:27 |
| 1-12 | Joshua Brown | Evidence Room | Mcome | 09/17/21 12:34 |
| 1-12 | Evidence Room | Jessica Deyo | Mcome | 9/17/21 12:55 |
| 1-12 | Jessica Deyo | Mueller, Jason #1844 | RPD | 9/17/21 1255hrs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

00001097

**County of Monroe**
**Office of the Medical Examiner**
**Evidence / Property Sheet**

| Case Name: Dedrick James | Case Number: 21-02453 |
|---|---|

Collection Site: Mcome At Autopsy

| Collected by: Joshua Brown | Date: 09/16/21 | Time: 10:41 |
|---|---|---|

| Police agency: RPD | CR Number: 21-0204327 |
|---|---|

| Item | Description of Evidence/Property | (include container, size, color, etc...) |
|---|---|---|
| 13 | Fingerprint and Palmprint Cards | |
| 14 | Projectile from left lower Back | |
| 15 | DNA Card | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Collection of above items witnessed by:

| Name | Title/Agency | Date/Time |
|---|---|---|
| | | |

Chain of Custody:

| Item(s) | Presented By | Received By | Agency | Date/Time |
|---|---|---|---|---|
| 13 | Joshua Brown | Drying Room | Mcome | 09/14/21 11:04 |
| 14+15 | Joshua Brown | Drying Room | Mcome | 09/16/21 12:10 |
| 13-15 | Drying Room | Joshua Brown | Mcome | 09/17/21 12:27 |
| 13-15 | Joshua Brown | Evidence Room | Mcome | 09/17/21 12:30 |
| 13-15 | Evidence Room | Jessica Deyo | MCOME | 9/17/21 1255 |
| 13-15 | Jessica Deyo | Muella, Jron #4944 | RPD | 9/17/21 12:55 PC |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

00001098



00001099

**County of Monroe**
**Office of the Medical Examiner**
**Rochester, NY**



**Body Release and**
**Authorization Form**

| Case Detail | | |
|---|---|---|
| Case Number: **21-02953** | Case Name: **James, Dedrick** | |
| County/Origin: Monroe | Address: 6 Vinewood Place, Rochester NY 14608 | |
| Logged into Morgue - Date/Time: 09/15/2021 18:11 | By: Alexandra Novak | |
| Manner of Death: Natural ☐  Accident ☐  Suicide ☐  Homicide ☒  Other: ☐ | | |

**Clothing/Miscellaneous Item Information**

Clothing/Miscellaneous Items:

-Not Applicable-

Jewelry on left fourth finger (Ring Finger)?   ☐ Yes   ☒ No

Disposition of Clothing/Miscellaneous Items (funeral director to initial checked option):

☒ DMW No Items Released                    ☐ _____ Items Released to Funeral Director/Family

**Remains Release Information**

Release Statement:

I certify that I have the legal right to remove the body of the above named subject from the custody of the Medical Examiner as:

☒ My firm has been directly authorized by the next-of-kin or person having responsibility under the prescribed law for burial or disposal, to take charge of the body of the above named decedent. I affirm that I am licensed to make such a removal or am an agent of a licensed person for the purposes of transportation, only.

☐ I have been directed by: _____ who has been directly authorized, to the
(Name of Firm)
best of my knowledge and belief, by the next-of-kin or person having responsibility under the prescribed law for burial or disposal, to take charge of the body of the above named decedent. I affirm that I am licensed to make such a removal or am an agency of a licensed person for the purposes of transporation, only.

Release Information:

| Authorized Next-of-Kin/Person Responsible: Shenea James | Relationship: Mother | |
|---|---|---|
| Funeral Home: D M Williams Funeral Home Inc | License Number: 00403 | Telephone: (585) 247-0430 |
| Released to (Name of Firm): D M Williams Funeral Home Inc | License Number: 00403 | Telephone: (585) 247-0430 |
| Released to (Person making removal): denise williams, license #13823 | Released by (OME Staff Person): Nickolas Smith | |
| Date/Time of Release: | 09/18/2021 13:07 | |

**00001100**

00001101

Monroe County
Office of the Medical Examiner

## Scene Response/Departure Check-List

Purpose: To ensure that all investigative details are complete upon leaving scene following investigation and/or body removal.

Instructions: The form must be completed any time a scene response is made for the purpose of investigation and/or removing human or suspected human remains. Completed forms are filed in the appropriate case folder.

**Equipment:** (check box to indicate that equipment is secured and returned)

| Item | Depart | Return | Item | Depart | Return |
|------|--------|--------|------|--------|--------|
| Stretcher | ✓ | ✓ | Flex-Back Removal Pouch | ✓ | ✓ |
| Stretcher Cover | | | Rubber sheet/tarp | | |
| Camera | | | Flashlight | | |
| GPS | | | PPE bag | | |
| Biohazard Waste Container | ✓ | ✓ | Evidence collection backpack | ✓ | ✓ |

**Report Items:** (check box to indicate status: completed or N/A if not applicable per SOP)

| Form | Completed | N/A |
|------|-----------|-----|
| Scene checklist | ✓ | |
| Evidence/Property Sheet | ✓ | |
| Identification of Body Form | ✓ | |
| Toxicology Receipt Form | | ✓ |

**Vehicle Information:** (record information related to vehicle used)

| Vehicle Used: (circle vehicle used) | | 980 | 981 | 982 |
|---|---|---|---|---|
| Starting Mileage | 65277 | Ending Mileage | 65284 | |
| Starting Fuel Level | E  ¼  ½  ¾  (F) | Ending Fuel Level | E  ¼  ½  ¾  (F) | |

**General Information:**

| Case Number: | 21-0293 | Investigator: | AMN | | |
|---|---|---|---|---|---|
| Times: (record response times below) | | Date: | 9/15/21 | | |
| Enroute | 1656 | At Scene | 1712 | In Service | 1755 | At MEO | 1802 |

**Personnel:** (list all MEO personnel at scene. Include Interns, Physicians, etc.)

| AMN |
|-----|
| SLT |
| RJZ |
| |
| |

Completed by: A. Novak    Date/Time: 9/15/21  1802

MCOME-024 (Rev. 03/29/2015)

**Monroe County**
**Office of the Medical Examiner**
**Rochester, New York**

Scene Notations

| CASE NUMBER: | DATE: | | INITIALS: |
|---|---|---|---|
| 21-02953 | | | |

## BODY DESCRIPTION

POSITIONING OF REMAINS:
supine

CLOTHING:
Jeans, underwear, socks (2)

HEAD:
long dreads, mixd in color (black and teal)

EYES:
Brown, equal dilated

MOUTH:
nad upper and lower

NECK:

CHEST:
defect in upper (L) chest, tattoo

ABDOMEN:

EXTREMITIES:
UPPER: bilateral extremities (tattoos), (R) wrist yellow bracelet    handcuffs
LOWER: (L) bracelet

BACK:
Ø

| LIVOR: | RIGOR: |
|---|---|

PRESERVATION:
Ø decomp

| PRONOUNCEMENT DATE/TIME: | PRONOUNCER: |
|---|---|
| 1735 | KJZ |

## ADDITIONAL SCENE DESCRIPTION/BODY DESCRIPTION FINDNGS

handcuffs, glasses, bottle, casing (in bathtub)

cool to the touch

posure handcuff evidence

## IMPORTANT QUESTIONS TO ASK AT SCENE

| LAST KNOWN ALIVE DATE/TIME: | | BY WHOM: | |
|---|---|---|---|
| PCP INFORMATION: | | LAST PCP VISIT: | |
| MEDICAL HISTORY: | | | |
| RECENT FALLS/INJURIES:  Y    N   (if yes, describe mechanism of fall/injury and include date) | | | |
| INCIDENT LOCATIONS: | | | |
| RECENT HOSITALIZATIONS/SURGERIES: | | | |
| HISTORY OF DRUG, ALCOHOL AND/OR TOBACCO USE (Include frequency, if possible) | | | |
| ORGAN DONATION?  Y    N    N/A | | | |

## DISPOSITION

| MEDICAL EXAMINER CASE?  Y    N | IF YES, HANDS BAGGED?   Y    N | BODY BAGGED?  Y    N |
|---|---|---|
| IF NO,INDICATE FACITLITY IN CHARGE OF DISPOSITION: | BAG SEALED?  Y    N | INDICATE SEAL #: |
| RESIDENCE: | | |

00001103

**Monroe County**
**Office of the Medical Examiner**
**Rochester, New York**

Scene Notations

| CASE NUMBER: | DATE: | | INITIALS: |
|---|---|---|---|
| 21-02953 | 9/15/21 | | |

| CALL DATE AND TIME | REPORTED BY AND PHONE NUMBER: | REPORTING AGENCY |
|---|---|---|
| 09/15/2021 16:45 | Sgt. Rivera | Rochester Police Department |
| | | CR # |

### DEMOGRAPHICS

| NAME OF DECEASED (LAST, FIRST MIDDLE) | DATE OF BIRTH | GENDER | RACE | MARITAL STATUS |
|---|---|---|---|---|
| James, Dedrick | 11/10/1996 | Male | | |

| RESIDENCE (STREET, CITY, STATE, ZIP) | HOME TELEPHONE: | SOCIAL SECURITY NUMBER |
|---|---|---|
| | | |

LOCATION OF DEATH

At work? Y  N

NEXT OF KIN INFORMATION:   Family on scene? Y  N    LAST KNOWN ALIVE DATE/TIME:

Mother    499 Loden Un.    By whom?
Sheneen James    967-1318

DESCRIPTION OF CASE CIRCUMSTANCES, AS PROVIDED BY INDIVIDUAL REPORTING THE CASE:

Served a warrant for 2nd degree assault
runs into bathroom, Squimish in bathtub
call came in @ 1039

ANY SUSPICIONS OF FOUL PLAY? Y  N  (If yes, consult the on-duty pathologist for further instructions)
Reason for suspicion:

### SCENE DESCRIPTION

TYPE OF LOCATION:

Private residence    Nursing Home    Roadway    Field    Water    Vehicle    Commericial    Other:

Inside: Bathroom    Outside:

DESCRIPTION OF SURROUNDING AREA:

DESCRIPTION OF IMMEDIATE AREA:

MEDICATIONS FOUND? Y  N  (If yes, refer to medication log sheet)

Drug paraphernalia? Y  N  (If yes, describe and include any suspected drug present)

Disposition of paraphernalia:

00001104

Monroe County
Office of the Medical Examiner
Rochester, New York

| Case Number: 21-02953 | Date: 9/15/21 | Initials: AMN |
|---|---|---|

## SCENE MEDICATION LOG

| Rx Filled Date | Contents (per label) | Description of Contents | Where Found | Regimen (plan / frequency) | Number Prescribed | Number Remaining | Dosage | Physician |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*None* (written across table)

## PARAPHERNALIA

| Taken by: | | Date: | Powder   Liquid   Syringe   Spoon   Other: |
|---|---|---|---|
| Detailed Description: | | | |

Scene Medication Log (7/8/15)

830 - 8554
Dave Joseph

406 - 0191
- Hamilton

00001106

FEDERAL BUREAU OF INVESTIGATION

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

CLARKSBURG, WV



Date: Sept. 17, 2021

**TO:** MONROE CO. MEDICAL EXAMINER

**ATTN:** ALEXANDRA NOVAK

**FROM:** FBI - CJIS DIVISION
  **SPECIAL PROCESSING CENTER-BTC**
  **1000 CUSTER HOLLOW ROAD**
  **CLARKSBURG, WV 26306**

**PHONE:** 304-625-5584 (24 HOUR - VOICE)
  304-625-5587 (24 HOUR - AUTO FAX)

**EMAIL:** spc@leo.gov

**SUBJECT:** REQUEST

**COMMENTS:**

FAXING A COPY OF FINGERPRINTS FOR JAMES,DEDRICK JAMON    DOB: 11/10/1996

Since neither fingerprints nor an identifying number which is indexed in our files accompanied your request, FBI cannot guarantee in any manner that this material concerns the individual in whom you are interested.

**AUTHORIZATION:** SAR/LMG

**CONFIDENTIALITY NOTICE**

This transmission may contain confidential information belonging to the sender which is protected by law. The information is intended only for the user of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance on the contents of this transmission is strictly prohibited.

**00001107**

740 East Henrietta Road
Rochester, NY 14623
Telephone: (585) 753-5905 - Voice
        (585) 753-5930 – FAX

## Monroe County Office of the Medical Examiner

 

**Fax** **COPY**

| To: | Federal Bureau of Investigation | From: | Monroe County |
|---|---|---|---|
| | Special Processing Unit | | Office of the Medical Examiner |
| | 1000 Custer Hollow Road | | 740 E. Henrietta Road |
| | Clarksburg, West Virginia | | Rochester, NY 14623 |

| **Fax:** | 304-625-5587 | **Pages:** | 1 |
|---|---|---|---|
| **Phone:** | 304-625-5584 | **Date:** | 09/16/2021 |
| **Re:** | Fingerprints/Identification | **CC:** | N/A |

X Urgent    ☐ For Review    ☐ Please Comment    X Please Reply    ☐ Please Recycle

This office is investigating the death of a subject, who is tentatively identified as the following individual(s):

   **Full Name: Dedrick James**        **DOB: 11/10/1996**

We are currently pursuing a scientific identification and we request any fingerprints you may have on file to compare for identification purposes. Please fax the requested information as soon as possible and feel free to contact this office with any questions or concerns regarding this matter.

Thank you,

Alexandra Novak
Medical Investigator

**ORI # NY027013M**
**Monroe County Office of the Medical Examiner**
**Phone (585) 753-5905 / Fax (585) 753-5930**

● This fax, including attachments, contains information that is privileged, confidential or subject to non-disclosure laws. This fax, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient(s), please destroy this fax, including attachments, and notify the sender by return mail, email, or by calling (585)753-5905. The unauthorized review, use, dissemination, distribution, or reproduction of this fax, including attachments, is prohibited and may be unlawful.

| FD-448 Revised 10-27-2004 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|
| | **FACSIMILE COVER SHEET** |

## PRECEDENCE

○ Immediate          ○ Priority          ● Routine

## CLASSIFICATION

○ Top Secret     ○ Secret     ○ Confidential     ○ Sensitive     ● Unclassified

## TO

| Name of Office: | Facsimile Number: | Date: |
|---|---|---|
| MONROE CO. MEDICAL EXAMINER / NY | 585-753-5930 | 09/17/2021 |

| Attn: | Room: | Telephone Number: |
|---|---|---|
| ALEXANDRA NOVAK | | |

## FROM

| Name of Office: | Number of Pages: (including cover) |
|---|---|
| **FBI SPECIAL PROCESSING CENTER** | |

| | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|
| LMG | 304-625-5584 | 304-625-5587 |

Approved:

SAR/LMG

## DETAILS

Subject:

**RESPONSE TO YOUR REQUEST**

Special Handling Instructions:

**PAGES FOLLOWING THIS COVER SHEET CONTAIN PERSONALLY IDENTIFIABLE INFORMATION**

Brief Description of Communication Faxed:

## WARNING

Information attached to the cover sheet is U.S Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

FD-448 (Revised 10-27-2004)          Page 1 of 1          FEDERAL BUREAU OF INVESTIGATION

00001109

Monroe County Department of Public Health
**Office of the Medical Examiner**
740 East Henrietta Road
Rochester, New York 14623

Name _Dedrick    James_____    Case # ___21-02953___

Sex _male_____    Race _Black_____    Age _24___    DOB _11/10/1996___    DOD _9/15/21_

Weight ___8#44___ kg. ___188___ lbs.    Height ___170.18___ cm. __67_____ in.

Hair Color ___Mixed_____ Eye Color _Brown_____ Type of Death _Homude_____

List scars, marks, tattoos:_____

_____

Fingerprinted by_____ Date _9/16/21_____ Place _mcome_____

| Right Thumb | Right Index Finger | Right Middle Finger | Right Ring Finger | Right Little Finger |
|---|---|---|---|---|
| | | | | |

| Left Thumb | Left Index Finger | Left Middle Finger | Left Ring Finger | Left Little Finger |
|---|---|---|---|---|
| | | | | |

Monroe County Department of Health
Office of the Medical Examiner

## NON-VISUAL IDENTIFICATION OF BODY

COUNTY OF MONROE
STATE OF NEW YORK

Identifier Information:

Name: *Kathy King*

Address: 185 Exchange Blvd.

City, State, Zip Code: Rochester, NY 14614          Telephone: 585-753-5905

The identifier named above attests that he/she is employed by or serves upon request of the Monroe County Office of the Medical Examiner

The identifier further attests that they have seen the body, or representation thereof, that was found at

_____ 6 Vinewood Place _____ in the City/Town/Village of
Indicate where body found

_____ Rochester _____ on _____ 09/15/2021 _____ and subsequently sent to
City/Town/Village                    Date found

_____ Monroe County Office of the Medical Examiner _____ and has every reason to believe that the body
Body removed to

is that of: _____ DEDRICK JAMES _____
Name of Decedent

Signed: _____

Date of Identification: 09/16/2021          Time: 1618

Identified to: *Alexandra Novak*          Title: Medical Investigator

Identified at: _____ 185 Exchange Blvd., Rochester NY 14614 _____

Identification procedure used: (indicate method used below)

[✓] Fingerprint comparison  [ ] Dental examination/comparison  [ ] Medical/surgical record comparison

[ ] Other (specify): _____

Revised: January 23, 2018          Case Number: 21-02953

00001111

KK
9-16-2021



| 1 NYSID No.<br>13131503Y | 2 Name (Last, First, Middle)<br>JAMES, DEDRICK | | | | | | | 3 Crim Just Tracking No./CBTS<br>68643353Q | |
|---|---|---|---|---|---|---|---|---|---|
| 4 Street Address<br>6 VINEWOOD PL | | | 5a City<br>ROCHESTER | | | | | 5b St/Cny<br>NY | 5c ZIP Cd<br>14608 |
| 6 Alias or Maiden Name<br>JAMES, DEDRICK JAMON | | | | | 7 POB<br>NY | 8 Fax Control No. | | | |
| 9 Date of Birth<br>11-10-1996 | 10 Age<br>24 | 11 Sex<br>M | 12 Race<br>B | Ethnicity<br>N | 13 Skin<br>DRK | 14 Hair<br>BLK | 15 Eyes<br>XXX | 16 Height<br>508 | 17 Weight<br>155 |
| 18 Arr Officer ID<br>ROC2013 | 19 Arr Agency ORI<br>NY0270100 | | | 20 Arrest No<br>20180644163 | | | 31 Court ORI<br>NY027011J | | |
| 22 Arrest Date<br>06-20-2018 | 23 Pl Arr Cd<br>2801 | 24 Arr Time<br>2353 | | 25 Wpn | Contributor Agency Name<br>ROCHESTER POLICE | | | | |
| 26 Date of Crime<br>06-20-2018 | 27 Pl C Cd<br>2801 | 28 Arr Typ<br>02 | 29 Soc Sec No.<br>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 | | 30 FBI No<br>K553EPPAM | | 31 Contributor ORI<br>NY0270100 | | |
| 32 Law | Article & Section | | Sub Section | Cls | Cat | Deg | Att | Name of Offense | | Cls | NCIC | |
| PL | 20530 | | | A | M | 0 | C | | | 01 | 4801 | 33 Incident No. (Arrest Agency Case No.)<br>18146562 |
| PL | 22105 | | | | V | 0 | C | | | 01 | 3562 | 34 Arrestee Signature |

| Date Fingerprinted<br>06-21-2018 | Person Taking Fingerprints<br>SMITH, GREGORY R | IDENTIX TP600 1249<br>RPDCFP.Lexmark T640 (MS) | Resub Reason | Type of Tran<br>CARAAR |
|---|---|---|---|---|

KK
9-16-2021

| 1 NYSID No. | 2 Name (Last, First, Middle) | | 3 Crim Just Tracking No./OBTS |
|---|---|---|---|
| 13131503Y | JAMES, DEDRICK | | 68643353Q |

| 4 Street Address | | 5a City | 5b St/Cnty | 5c ZIP Cd |
|---|---|---|---|---|
| 6 VINEWOOD PL | | ROCHESTER | NY | 14608 |

| 8 Alias or Maiden Name | | | 7 POB | 8 Fax Control No. |
|---|---|---|---|---|
| JAMES, DEDRICK JAMON | | | NY | |

| 9 Date of Birth | 10 Age | 11 Sex | 12 Race | Ethnicity | 13 Skin | 14 Hair | 15 Eyes | 16 Height | 17 Weight |
|---|---|---|---|---|---|---|---|---|---|
| 11-10-1996 | 24 | M | B | N | DRK | BLK | XXX | 508 | 155 |

| 18 Arr Officer ID | 19 Arr Agency ORI | 20 Arrest No. | 21 Court ORI |
|---|---|---|---|
| ROC2013 | NY0270100 | 20180644163 | NY027011J |

| 22 Arrest Date | 23 Pt Arr Cd | 24 Arr Time | 25 Wpn | Contributor Agency Name |
|---|---|---|---|---|
| 06-20-2018 | 2801 | 2353 | | ROCHESTER POLICE |

| 26 Date of Crime | 27 Pt Cr Cd | 28 Arr Typ | 29 Soc Sec No. | 30 FBI No. | 31 Contributor ORI |
|---|---|---|---|---|---|
| 06-20-2018 | 2801 | 02 | 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 | K553EPPAM | NY0270100 |

| 32 Law | Article & Section | Sub Section | Cts | Cal | Deg | Att | Name of Offense | Cts | NCIC | 33 Incident No. (Arrest Agency Case No.) |
|---|---|---|---|---|---|---|---|---|---|---|
| PL | 20530 | | A | M | 0 | C | | 01 | 4801 | 18146562 |
| PL | 22105 | | | V | 0 | C | | 01 | 3562 | 34 Arrestee Signature |

| Date Fingerprinted | Person Taking Fingerprints | | | Resub Reason | Type of Tran |
|---|---|---|---|---|---|
| 06-21-2018 | SMITH, GREGORY R | IDENTIX TP600 1249 RPDCFP.Lexmark T640 (MS) | | | CARAAR |



00001113

00001114



LEAVE BLANK    CRIMINAL    (STAPLE HERE)    LEAVE BLANK

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

LEAVE BLANK

SINCE NEITHER FINGERPRINTS NOR AN IDENTIFYING NUMBER WHICH IS INDEXED IN OUR FILES ACCOMPANIED YOUR REQUEST, THE FBI CANNOT GUARANTEE IN ANY MANNER THAT THIS MATERIAL CONCERNS THE INDIVIDUAL IN WHOM YOU ARE INTERESTED.

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MMDD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR

NCN: H2021260040212696051
Submission UCN: UCN: K553EPPAM
40150912009

Master Name:
JAMES,DEDRICK JAMON

Submission NCN:
    E2016338000000038699
Image Type: FINGERPRINT

12 - LPT    11 - RPT

09/17/2021 07:25:22

**00001115**



00001117





740 East Henrietta Road
Rochester, NY 14623
Telephone: (585) 753-5905 - Voice
          (585) 753-5930 – FAX

## Monroe County
## Office of the Medical
## Examiner



**To:** Federal Bureau of Investigation
Special Processing Unit
1000 Custer Hollow Road
Clarksburg, West Virginia

**From:** Monroe County
Office of the Medical Examiner
740 E. Henrietta Road
Rochester, NY 14623

| | | | |
|---|---|---|---|
| **Fax:** | 304-625-5587 | **Pages:** | 1 |
| **Phone:** | 304-625-5584 | **Date:** | 09/16/2021 |
| **Re:** | Fingerprints/Identification | **CC:** | N/A |

X Urgent    ☐ For Review    ☐ Please Comment    X Please Reply    ☐ Please Recycle

This office is investigating the death of a subject, who is tentatively identified as the following individual(s):

**Full Name: Dedrick James**          **DOB: 11/10/1996**

We are currently pursuing a scientific identification and we request any fingerprints you may have on file to compare for identification purposes. Please fax the requested information as soon as possible and feel free to contact this office with any questions or concerns regarding this matter.

Thank you,

Alexandra Novak
Medical Investigator

**ORI # NY027013M**
**Monroe County Office of the Medical Examiner**
**Phone (585) 753-5905 / Fax (585) 753-5930**

● This fax, including attachments, contains information that is privileged, confidential or subject to non-disclosure laws. This fax, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient(s), please destroy this fax, including attachments, and notify the sender by return mail, email, or by calling (585)753-5905. The unauthorized review, use, dissemination, distribution, or reproduction of this fax, including attachments, is prohibited and may be unlawful.

740 East Henrietta Road
Rochester, NY 14623
Telephone: (585) 753-5905 - Voice
              (585) 753-5930 – FAX

## Monroe County
## Office of the Medical
## Examiner

# Fax

| **To:** | Federal Bureau of Investigation | **From:** | Monroe County |
|---|---|---|---|
| | Special Processing Unit | | Office of the Medical Examiner |
| | 1000 Custer Hollow Road | | 740 E. Henrietta Road |
| | Clarksburg, West Virginia | | Rochester, NY 14623 |

| **Fax:** | 304-625-5587 | **Pages:** | 1 |
|---|---|---|---|
| **Phone:** | 304-625-5584 | **Date:** | 09/17/2021 |
| **Re:** | Fingerprints/Identification | **CC:** | N/A |

| **X** Urgent | ☐ For Review | ☐ Please Comment | **X** Please Reply | ☐ Please Recycle |
|---|---|---|---|---|

This office is investigating the death of a subject, who is tentatively identified as the following individual(s):

**Full Name: Dedrick Jamon**          **DOB: 11/10/1996**

We are currently pursuing a scientific identification and we request any fingerprints you may have on file to compare for identification purposes. Please fax the requested information as soon as possible and feel free to contact this office with any questions or concerns regarding this matter.
Please resend reply, did not receive all 4 of the pages.

Thank you,

Stephanie Taylor
Medical Investigator

**ORI # NY027013M**
**Monroe County Office of the Medical Examiner**
**Phone (585) 753-5905 / Fax (585) 753-5930**

● This fax, including attachments, contains information that is privileged, confidential or subject to non-disclosure laws. This fax, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient(s), please destroy this fax, including attachments, and notify the sender by return mail, email, or by calling (585)753-5905. The unauthorized review, use, dissemination, distribution, or reproduction of this fax, including attachments, is prohibited and may be unlawful.

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 09–17–2021 | 03:27:34 a.m. | Transmit Header Text | |
| Local ID 1 | 585–753–5930 | | Local Name 1 | MC MEDICAL EXAM |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

740 East Henrietta Road
Rochester, NY 14623
Telephone: (585) 753-5905 - Voice
(585) 753-5930 – FAX

**Monroe County
Office of the Medical
Examiner**

# Fax

| To: | Federal Bureau of Investigation | From: | Monroe County |
|---|---|---|---|
| | Special Processing Unit | | Office of the Medical Examiner |
| | 1000 Custer Hollow Road | | 740 E. Henrietta Road |
| | Clarksburg, West Virginia | | Rochester, NY 14623 |
| Fax: | 304-625-5587 | Pages: | 1 |
| Phone: | 304-625-5584 | Date: | 09/17/2021 |
| Re: | Fingerprints/Identification | CC: | N/A |

X Urgent    ☐ For Review    ☐ Please Comment    X Please Reply    ☐ Please Recycle

This office is investigating the death of a subject, who is tentatively identified as the following individual(s):

Full Name: Dedrick Jamon        DOB: 11/10/1996

We are currently pursuing a scientific identification and we request any fingerprints you may have on file to compare for identification purposes. Please fax the requested information as soon as possible and feel free to contact this office with any questions or concerns regarding this matter.
Please resend reply, did not receive all 4 of the pages.

Thank you,

Stephanie Taylor
Medical Investigator

ORI # NY027013M
Monroe County Office of the Medical Examiner
Phone (585) 753-5905 / Fax (585) 753-5930

● This fax, including attachments, contains information that is privileged, confidential or subject to non-disclosure laws. This fax, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient(s), please destroy this fax, including attachments, and notify the sender by return mail, email, or by calling (585)753-5905. The unauthorized review, use, dissemination, distribution, or reproduction of this fax, including attachments, is prohibited and may be unlawful.

Total Pages Scanned : 1        Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 367 | 913046255587 | 03:26:20 a.m. 09–17–2021 | 00:00:52 | 1/1 | 1 | EC | HS | CP9600 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send

PL: Polled local
PR: Polled remote
MS: Mailbox save

MP: Mailbox print
RP: Report
FF: Fax Forward

CP: Completed
FA: Fail
TU: Terminated by user

TS: Terminated by system
G3: Group 3
EC: Error Correct

**00001124**

00001125

## Transmission Report

| | | | |
|---|---|---|---|
| Date/Time | 09-16-2021 | 03:57:16 p.m. | Transmit Header Text |
| Local ID 1 | 585-753-5930 | | Local Name 1    MC MEDICAL EXAM |

### This document : Confirmed
### (reduced sample and details below)
### Document size : A4

740 East Henrietta Road
Rochester, NY 14623
Telephone: (585) 753-5805 - Voice
(585) 753-5830 - FAX

**Monroe County
Office of the Medical
Examiner**

# Fax

| To: | Federal Bureau of Investigation
Special Processing Unit
1000 Custer Hollow Road
Clarksburg, West Virginia | From: | Monroe County
Office of the Medical Examiner
740 E. Henrietta Road
Rochester, NY 14623 |
|---|---|---|---|
| Fax: | 304-625-5587 | Pages: | 1 |
| Phone: | 304-625-5584 | Date: | 09/16/2021 |
| Re: | Fingerprints/Identification | CC: | N/A |

X Urgent    ☐ For Review    ☐ Please Comment    X Please Reply    ☐ Please Recycle

This office is investigating the death of a subject, who is tentatively identified as the following individual(s):

Full Name: Dedrick James                    DOB: 11/10/1996

We are currently pursuing a scientific identification and we request any fingerprints you may have on file to compare for identification purposes. Please fax the requested information as soon as possible and feel free to contact this office with any questions or concerns regarding this matter.

Thank you,

Alexandra Novak
Medical Investigator

ORI # NY027013M
Monroe County Office of the Medical Examiner
Phone (585) 753-5905 / Fax (585) 753-5930

※ This fax, including attachments, contains information that is privileged, confidential or subject to non-disclosure laws. This fax, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient(s), please destroy this fax, including attachments and notify the sender by return mail, email, or by calling (585)753-5905. The unauthorized review, use, dissemination, distribution, or reproduction of this fax, including attachments, is prohibited and may be unlawful.

Total Pages Scanned : 1              Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 348 | 913046255587 | 03:52:05 p.m. 09-16-2021 | 00:00:42 | 1/1 | 1 | EC | HS | CP9600 |

Abbreviations:
HS: Host send          PL: Polled local       MP: Mailbox print     CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report            FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save       FF: Fax Forward        TU: Terminated by user  EC: Error Correct

**00001126**



**NMS** LABS

**ANALYSIS REQUISITION AND CHAIN OF CUSTODY**

3701 Welsh Road • Willow Grove, PA 19090
(215) 657-4900 • (866) 522-2216 • Fax (215) 366-1501
www.nmslabs.com

NMS USE ONLY
DO NOT WRITE IN THIS SPACE

Client Profile (Account #): **98795**    Account Name: **Monroe County Office of the Medical Examiner**

Work ID (Subject ID or Case No.): **21-02953**

Sample ID (Subject or Case Name): **James**                    **Dedrick**

Last Name                                                First Name

Date of Birth (mm/dd/yyyy): **11/10/1996**    Gender: ☑ Male    ☐ Female

| Collection Date (mm/dd/yyyy) | Collection Time (military) | Specimen Type (e.g. blood, urine) | Specimen Source (e.g. cardiac, vitreous) | Container Labeled as (client identifier) |
|---|---|---|---|---|
| 09/16/2021 | 1132 | blood | heart | 21-02953-1 |
| 09/16/2021 | 1132 | blood | femoral | 21-02953-2 |
| 09/16/2021 | 1132 | vitreous | | 21-02953-3 |
| | | | | |
| | | | | |

*If sending more than 5 samples, please include the same detail for each sample.*

☐ **RETURN SPECIMEN** (add'l charge)    ☐ Do not micro specimen  ☐ Do not consume specimen

Additional information (e.g. pathologist, officer, county, etc.):

Name(s)  **Christine Y. Yoo, MD**

Phone #  **585-753-5905**    Email  **medicalexaminer@monroecounty.gov**

**Tests Requested:** Please place a check mark next to requested test(s).

| | | | |
|---|---|---|---|
| ☐ 90024B | Postmortem, Basic, Blood (Forensic) (CSA) | ☐ 8052U | Postmortem Toxicology - Expanded, Urine |
| ☐ 8051U | Postmortem Toxicology - Basic, Urine (Forensic) | ☐ 8052FL | Postmortem Toxicology - Expanded, Fluid (Forensic) |
| ☐ 8051FL | Postmortem Toxicology - Basic, Fluid(Forensic) | ☐ 8052TI | Postmortem, Expanded, Tissue (Forensic) |
| ☐ 8051TI | Postmortem Toxicology - Basic, Tissue (Forensic) | ☐ 1002B | Carbon Monoxide Biouptake Exposure Screen, Blood |
| ☑ 90025B | Postmortem, Expanded, Blood (Forensic) (CSA) | | |

**Other Testing:**
(The test code and name <u>must</u> be entered. Requisitions submitted without a test code will cause a delay and/or may not be ordered at time of receipt. If you need assistance, contact our Client Support department at 866.522.2216)

Test Code _____ Test Name _____    Test Code _____ Test Name _____

***DO NOT ADD TESTING HERE:***

☐ Vehicular  ☑ Homicide  ☐ Suicide  ☐ Suspected OD  ☐ Accidental Death  ☐ Natural Causes  ☐ Undetermined

Brief Case History / Circumstances of Death: **24 Year old male with gunshot wound to chest**

| DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF TRANSFER |
|---|---|---|---|
| 09/16/2021 | Joshua Brown | Receiving Cooler | Hold pending carrier pickup |
| | | | |
| | | | |
| | | | |

For a complete list of test offerings, visit www.nmslabs.com. If you need assistance, contact us at 866.522.2216

© Copyright 2015, NMS Labs    PM-Req (v.3) Generated (20180518)

Monroe County
**Office of the Medical Examiner**
Rochester, New York



Report of Investigation

| | | | |
|---|---|---|---|
| **CALL INFO** | NAME OF DECEASED (LAST, FIRST MIDDLE)<br>James Dedrick | COUNTY/ORIGIN | CASE NUMBER<br>21-02953 |
| | INVESTIGATOR | REPORTED BY<br>Dr. Rivera | REPORTING AGENCY<br>RPD | REFERENCE NUMBER |
| | CALL DATE AND TIME | DISPATCH DATE AND TIME | ARRIVAL DATE AND TIME | DEPART DATE AND TIME |

| | | | |
|---|---|---|---|
| **DECEDENT** | LAST KNOWN ALIVE | DATE OF BIRTH<br>11/10/96 | AGE | GENDER<br>M | RACE | HISPANIC?<br>☐ Yes ☒ No |
| | RESIDENCE (STREET, CITY, STATE, ZIP) | | COUNTY | TELEPHONE NO. |
| | MARITAL STATUS | SOCIAL SECURITY NUMBER | NAME ALIAS (AKA) | |
| | REGULAR PHYSICIAN (PRIMARY MEDICAL DOCTOR) | | | |

| | | | |
|---|---|---|---|
| **DEATH** | LOCATION OF DEATH | | |
| | ADDRESS (STREET, CITY, STATE, ZIP)<br>6 Vinewood Place | COUNTY | |
| | PRONOUNCED BY | AGENCY | PRONOUNCED DATE AND TIME |

| | | | |
|---|---|---|---|
| **INCIDENT** | LOCATION OF INCIDENT | | AT WORK ☐ |
| | ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY | INCIDENT DATE |
| | INVESTIGATING AGENCY<br>RPD | CR # | OFFICERS |
| | CIRCUMSTANCES OF DEATH<br>Suspect shot and killed by own gun<br>being served a warrant for assault 2nd degree<br><br>~~600~~ | | PROPERTY<br>☐ Yes ☒ No |

| | | |
|---|---|---|
| **NOTIFICATION** | LEGAL NEXT OF KIN | RELATIONSHIP |
| | ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE NO |
| | NOTIFICATION CONFIRMED BY | METHOD | DATE AND TIME |
| | IDENTIFIED BY | METHOD | DATE AND TIME |

| | | | |
|---|---|---|---|
| **DISPOSITION** | TRANSPORTED TO MEO BY | FUNERAL HOME | FUNERAL HOME TELEPHONE NO. |
| | CERTIFICATE ISSUED BY | MANNER OF DEATH | TYPE OF EXAM | |
| | DUE TO OR AS A CONSEQUENCE OF<br>2. | PART II (OTHER SIGNIFICANT CONDITIONS) |
| | DUE TO OR AS A CONSEQUENCE OF<br>3. | |

| PUBLIC ADMINISTRATOR'S CASE?<br>☐ Yes ☒ No | RESIDENCE STATUS? | KEYS HELD AT MEO?<br>☐ Yes ☒ No | PUBLIC ADMINISTRATOR NOTIFIED?<br>☐ Yes ☒ No |
|---|---|---|---|

00001128

21 - 02953    AMN/cyp

**Zerby, Robert J**

21 - 02953

44

| | |
|---|---|
| **From:** | Marra, James <James.Marra@ag.ny.gov> |
| **Sent:** | Wednesday, January 12, 2022 3:02 PM |
| **To:** | Zerby, Robert J |
| **Cc:** | Gonzalez, Dennis |
| **Subject:** | Request for Autopsy Request - Dedrick James ME # 21-02953 |

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~~~~~

Mr. Zerbe,

Pursuant to Executive Law § 70-b, the Office of the New York State Attorney General has jurisdiction to investigate and, if necessary, prosecute incidents involving the deaths of civilians caused by certain law enforcement members.

In connection with the OAG's investigation into the death Dedrick James, occurring on September 15, 2021 in Rochester, New York, I am requesting a copy of autopsy report, which I have been told is now complete.

If it is convenient, you may email me or OAG Detective Investigator Dennis Gonzalez (cc'd on this email) a copy of the report.

Please do not hesitate to contact me with any questions or concerns.

Regards,


James Marra | Investigative Counsel
Office of Special Investigation
New York State Office of the Attorney General
350 Main Street, Suite 300A
Buffalo, NY 14202
Tel: (716) 853-8470| Cell: (646) 771-7206 | james.marra@ag.ny.gov


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**00001129**

**Monroe County**
**Office of the Medical Examiner**
**Rochester, NY**

## Medical-Legal Receipt

AMN/CYY
RR

Name:    Dedrick James                Case Number:    21-02953

| Item | Quantity | Seal |
|---|---|---|
| Final Autopsy Report | 1 | |
| NYAG | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Released by:  _SPTY_                    Title:  CMI

Released to:  _Denis Gonzalez_          Title:  DETECTIVE

Date:  5/22/23                          Time:  1205 hs

00001130