UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SHENEA JAMES as administrator of the estate Of
DEDRICK JAMES, deceased, and SHENEA JAMES,
individually,

Plaintiff,

-against-

THE UNITED STATES OF AMERICA, CITY OF
ROCHESTER, RPD INVESTIGATOR RICHARD
ARROWOOD, et al.

Defendants.

**23-cv-6057 (MAV)(MJP)**

**DECLARATION OF ELLIOT D. SHIELDS**

I, Elliot D. Shields, hereby declare under penalty of perjury and pursuant to 28 U.S.C. §

1746 that the following is true and correct:

1.      I am co-counsel for Plaintiff Shenea James in this matter and associated with Roth

& Roth LLP. I submit this declaration in support of Plaintiff's opposition to the United States'

motion for summary judgment.

2.      Attached hereto are true and correct copies of the following documents, which are

submitted as exhibits in support of Plaintiff's memorandum of law and Rule 56.1

counterstatement:

- **Exhibit A**: Investigation Notes of Scott Carr

- **Exhibit B**: Deposition transcript of Jeff Ulatowski (Oct. 2, 2024)

- **Exhibit C**: Deposition transcript of Richard Arrowood (Oct. 4, 2024)

- **Exhibit D**: USMS Enforcement Operations SOP **[unredacted, previously filed under seal]**

- **Exhibit E**: Deposition transcript of Christian DeVinney (Sept. 17, 2024)

1

- **Exhibit F**: USMS Lesson Plan – Introduction to Operational Planning **[unredacted, previously filed under seal]**

- **Exhibit G**: Deposition transcript of William Baker (May 8, 2024)

- **Exhibit H**: USMS Enforcement Action Briefing (USM-45) **[unredacted, previously filed under seal]**

- **Exhibit I**: Deposition transcript of Carlton Smith (May 7, 2024)

- **Exhibit J**: USMS Report of Investigation **[unredacted, previously filed under seal]**

3.      Previously, on July 28, 2025, Plaintiff filed **redacted public versions** of her memorandum of law and Rule 56.1 counterstatement, and redacted versions of Exhibits D, F, H, and J. (ECF 66).

4.      As Plaintiff was preparing to file a motion to temporarily seal these documents, on July 29, 2025, I conferred with counsel for the United States of America, Assistant United States Attorney Michael Cerrone. Mr. Cerrone has advised that the Government consents to Plaintiff's request to unseal the exhibits filed under seal in connection with Plaintiff's opposition to the Government's motion for summary judgment, and also consents to unsealing the exhibits filed with Plaintiff's opposition to the City's motion for summary judgment.

5.      Therefore, Plaintiff is now refiling the motion papers in unredacted form on the public docket.

Dated: New York, New York       Respectfully Submitted,
     July 29, 2025          ROTH & ROTH LLP


By: _____~/s/~_____
    Elliot Dolby Shields, Esq.
    *Co-Counsel for Plaintiff*
    192 Lexington Ave, Suite 802 New York,
    New York 10016

Ph: (212) 425-1020

To:    All parties (via ECF)